| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ■ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br><br> ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy  12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

| | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Steven** <br> First name <br><br> **Dale** <br> Middle name <br><br> **Deaton** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-2788** | |

Debtor 1  **Steven Dale Deaton**  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **12201 Beestone Lane**<br>**Raleigh, NC 27614**<br>Number, Street, City, State & ZIP Code<br><br>**Wake**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Steven Dale Deaton**                                                                 Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☒ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Steven Dale Deaton**                                           Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.  What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Debtor 1  **Steven Dale Deaton**                                                                                  Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>    ☐ **Incapacity.**<br>    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>    ☐ **Disability.**<br>    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>    ☐ **Active duty.**<br>    I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Steven Dale Deaton** _____  Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17.** **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No
☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Steven Dale Deaton**
**Steven Dale Deaton**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **August 30, 2023**
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1   **Steven Dale Deaton**                                                    Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Travis Sasser**                                                  Date   **August 30, 2023**
Signature of Attorney for Debtor                                              MM / DD / YYYY

**Travis Sasser 26707**
Printed name

**Sasser Law Firm**
Firm name

**2000 Regency Parkway**
**Suite 230**
**Cary, NC 27518**
Number, Street, City, State & ZIP Code

Contact phone  **919.319.7400**                Email address   **travis@sasserbankruptcy.com**

**26707 NC**
Bar number & State

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**              page 7

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Steven Dale Deaton**  
Debtor(s)

Case No.  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **August 30, 2023**    **/s/ Steven Dale Deaton**  
**Steven Dale Deaton**  
Signature of Debtor

Date: **August 30, 2023**    **/s/ Travis Sasser**  
Signature of Attorney  
**Travis Sasser 26707**  
**Sasser Law Firm**  
**2000 Regency Parkway**  
**Suite 230**  
**Cary, NC 27518**  
**919.319.7400   Fax: 919.657.7400**

Absolute Medical Imaging Inc
Attn: Managing Agent
Dexter, MI 48130

Biomedical Equipment Corp: New Life
Attn: Managing Company
861 SW 8th Street
Miami, FL 33130

Clinical Imaging Mgmt Sys, LLC
Attn: Managing agent
100 N Closner Blvd
Edinburg, TX 78539

American Express
Attn: Managing Agent/Bankruptcy
Post Office Box 981535
El Paso, TX 79998-1535

Block Imaging International, Inc
Attn: Managing Agent
1845 Cedar St.
Holt, MI 48842

Clinical Imaging Mgmt system LLC
Tartant attn Managing agent
200 Feliks Gwozdz Pl
Fort Worth, TX 76104

ANCEC, Asociacion Nacional
Contra e Hospitalar S.A. Casa #21
Calle 67,
SAN FRANCISCO PANAMA

BlueVine
Attn: Managing Agent/Bankruptcy
401 Warren Street
Redwood City, CA 94063

Colonial Family Pratice
Attn: Managing Agent
4700 Forest Drive Suite 101
Columbia, SC 29206

Apple Card/GS Bank
Attn: Managing Agent/Bankruptcy
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170-6112

Boyette Ortho
Attn: Managing agent
2573 Statonsburg Road
Greenville, NC 27834

ConnetWise
Attn: Managing Agent
400 N. Tampa St., Suite 130
Tampa, FL 33602-4717

Ashley Deaton
12201 Beestone Lane
Raleigh, NC 27614

Cape Fear Orthopaedic Clinic
4140 Ferncreek Drive
Ste 801
Fayetteville, NC 28314

Cypress Partners, LLC
Attn: Managing Agent
6018 Christmas Drive
Midland, GA 31820

Bank of America
Attn: Managing Agent/ Bankruptcy
100 North Tryon Street
Charlotte, NC 28255

Caring Medical
Attn: Managing agent
9738 Commerce Center Court
Fort Myers, FL 33908

Cypress Partners, LLC: Milledgevill
Attn: Managing Agent
1850 N. Columbia Street, Suite 3
Midland, GA 31820

Bank of America
Attn: Managing Agent/ Bankruptcy
PO Box 982284
El Paso, TX 79998

Central Imaging and Radiology P.A
Attn: Managing Agent
100 Europa Dr. Suite 417
Chapel Hill, NC 27517

Cypress Partners, LLC:Regional Im
Attn: Managing Agent
2516 University Drive
Thomson, GA 30824

Benjamin S. Morrell
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

Clinica La Floresta
Attn: Managing Agent
Soluciones Dicom.
Las Ruices Caracas VENEZUELA

Cyrus Diagnostic Imaging
Attn:: Managing Agent
165 Waymont Ct.
Lake Mary, FL 32746

Biomedical Equipment Corp.
Attn: Managing Agent
2606 NW 97 Ave.
Miami, FL 33172

Clinical Imaging Management Systems
Attn: Managing Agent
47 Cellini
San Antonio, TX 78258

Dayspring Family Medicine
Attn: Managing agent
250 W. Kings Highway
Eden, NC 27288

Delta Orthopedics
Attn: Managing Agent
257 Cottonwood St
Delta, CO 81416

Heart Of Texas Healthcare System
Attn: Managing Agent
11419 Mathis Ave #208
Dallas, TX 75234

Interstate Imaging, LLC
Attn: Managing Agent
PO BOX 144
Evansville, IN 47711

Direct Rehab
Attn: Managing Agent
3110 Park Center Drive
Tyler, TX 75701

Hope Imaging
Attn: Managing Agent
1850 37th St #101
Vero Beach, FL 32960

Interstate Imaging, Sport Med Ctr
Attn: Managing Agent
333 S. Kirkwood Rd STE 200
Saint Louis, MO 63122

Doctor's Care
Attn: Managing agent
307 E. Meighan Blvd.
Gadsden, AL 35903

Hospital Narciso Lopez de Lanus
Attn: Managing Agent
Cullen 5769 -Villa Urquiza CABA CP
Buenos Aires ARGINTINA

Interstate Imaging,LLC:Bernie Med
Attn: Managing Agent
741 S WALNUT ST
Bernie, MO 63822-8900

EvoHealth
12201 Beestone Lane
Raleigh, NC 27614

Imerial Imaging Technology
Attn: Managing Agent
320 Northpoint Pkwy Suite P
Acworth, GA 30102

Intuit Financing
Attn: Managing Agent/Bankruptcy
2700 Coast Avenue
Mountain View, CA 94043

FirstScan-ScanMed®
Managing Agent
9840 S. 140th St., Suite 8
Omaha, NE 68138

Imperial Imaging Technology Georgia
Attn: Managing Agent
475 Tribble Gap Rd
Cumming, GA 30040

Iowa Orthopaedic Center, P.C.
Attn: Managing Agent
450 Laurel St., Suite A
Des Moines, IA 50314

Freedom Mortgage Corporation
Attn: Managing Agent/Bankruptcy
951 W Yamato Rd. Suite 175
Boca Raton, FL 33431

InnovaCare
Att: Managing Agent
30701 Lorain Road
North Olmsted, OH 44070

John G. Rhyne
PO Box 8327
Wilson, NC 27893

Genesis Medical Group
Attn: Managing Agent
2255 East Mossy Oaks Rd. Suite 500
Spring, TX 77389

Internal Revenue Service
Centralized Insolvency Operations
P. O. Box 7346
Philadelphia, PA 19101-7346

Joseph P. Sargent
1595 Black Rock Turnpike
Fairfield, CT 06824

Georgia Interventional Medicine
Attn: Managing Agent
3286 Buckeye Road Ste. 130
Atlanta, GA 30341

International Med-X
Attn: Managing Agent
6391 Arc Way
Fort Myers, FL 33966

Kidney Hypertension Transplant
Attn: Managing agent
915 S. Laredo St., Suite 200
San Antonio, TX 78204

Haven Elite Urgent Care
Attn: Managing Agent
P.O. Box 477
Durand, IL 61024

International Med-X-St Eustatius HC
Attn: Manager Agent
H.M. Queen Beatriz Rd 25 St
NETHERLANDS

Lansing Urgent Care
Attn:; Managing Agent
505 N. Clippert St
Lansing, MI 48912

Leighton Ortho
Attn: Managing agent
20 Medical Campus Drive
Supply, NC 28462

Leyton US
Attn: Managing agent
2 Avenue de Lafayette, 6th F

Longhorn Imaging
Attn: Managing agent
4316 James Casey Bld. F, Suite 110
Austin, TX 78745

Manaswi Orthopedic & Joint Replacem
Attn Managing Agent
2231 North Blvd W
Davenport, FL 33837

Med7 Produtos Hospitalares Ltda.
Rua Dr. Tirso Martins 44, Suite 24
Sao Paulo SP 04120-050
Brazil

Med7 Produtos Hospitalares Ltda.:
Centro de Ortopedia e Traumatologia
Av. Souza Naves,1675 centroIvaiporã
PR 86870-000 Brazil

Med7 Produtos Hospitalares Ltds
Torre Delta Pico 5 Offc 5B
Urb Bello Campo Municipio
Caracas VENEZUELA

Medico MD
Attn:: Managing Agent
8150 Springwood Dr. Ste 150
Irving, TX 75063

Medserv Plus, Inc.
Attn: Managing Agent
678 East Taggart Street
East Palestine, OH 44413

Medserv Plus, Inc.:Owens State Comm
Attn: Managing Agent
30335 Oregon Rd
East Palestine, OH 44413

Meridian Medical Services
Attn: Managing agent
3266 N. Meridian St. Suite 501
Indianapolis, IN 46208

Merry Xray Corp Terry Reilly
Attn; Managing Agent
848 La Cassia Dr
Boise, ID 83705

Merry Xray Corp, Central N. Alabama
110 Walker Ave
Huntsville, AL 35801

Merry Xray Corp. 1st Physicians PLL
Attn: Managing Agent
4222 Wendover Ave Ste 600
Odessa, TX 79762

Merry Xray Corp. College HC Prof
2550 North Loop W Ste 300
Houston, TX 77092

Merry Xray Corp. Cornerstone Reg Ho
2302 Cornerstone Blvd
Houston, TX 77092

Merry Xray Corp. Crimson Urgent Car
attn: Managing Agent
1718 Veterans Memorial Pkwy
Tuscaloosa, AL 35404

Merry Xray Corp. Dayton Heart Group
attn: Managing Agent
695 N Clyde Morris BLVD
Daytona Beach, FL 32114

Merry Xray Corp. Dr Brahms
Attn: Managing Agent
23250 Mercantile Rd
Beachwood, OH 44122

Merry Xray Corp. Family Health C
Attn: Managing Agent
3310 Magnolia St
Orangeburg, SC 29115

Merry Xray Corp. Fastmed ClinicsU
Attn; Managing Agent
935 Shotwell Rd STE 108
Clayton, NC 27520

Merry Xray Corp. Hagerstown Cor
Attn: Managing Agent
18601 Roxbury Rd
Hagerstown, MD 21746

Merry Xray Corp. Little Alsace Ug
attn: Managing Agent
1501 Houston St
Castroville, TX 78009

Merry Xray Corp. Manys Primary H
Attn: Managing Agent
35055 LA Hwy 16
Denham Springs, LA 70706

Merry Xray Corp. Medina OB
Attn: Managing Agent
3985 Medina Rd STE200
Medina, OH 44256

Merry Xray Corp. Ortho CLinc
Attn; Managing Agent
1540 N Zaragoza Blvd
El Paso, TX 79936

Merry Xray Corp. Orthopedic Spec
Attn: Managing Agent
785 E Holland
Spokane, WA 99218

Merry Xray Corp. Pulmonary
Attn: Managing Agent
1520 S Main St Suite 2
Dayton, OH 45409

Merry Xray Corp:Acute Care Surgery
Attn: Managing Agent
613 Elizabeth St STE 804
Corpus Christi, TX 78404

Mid-South Medical Imaging LLC
Attn: Managing Agent
307 E Meighan Blvd
Gadsden, AL 35903

Merry Xray Corp. Southwest Urgent C
Attn: Managing Agent
2030 N. Messa St
El Paso, TX 79902

Merry Xray Corporation
Attn: Managing Agent
8020 Tyler Blvd./PO BOX 8002
Mentor, OH 44060

Mid-South Medical Imaging LLC
Jefferson COunty Coroner
900 Keystone Ct Unit 957
Pelham, AL 35124

Merry Xray Corp. Springfield
Attn: Managing Agent
2280 Marcola Rd
Springfield, OR 97477

Merry Xray Corporation
MORRILTON MEDICAL CLINIC, P.A.
10 HOSPITAL DR
Morrilton, AR 72110

Mid-South Medical Imaging LLC
Attn: Managing Agent
7300 S Siwell Rd
Byram, MS 39272

Merry Xray Corp. Texas Tech A
Attn: Managing agent
2503 6th Street RM 123C
Lubbock, TX 79409

Merry Xray Corporation: Olsen Orth
Attn: Managing Agent
1140 S Douglas Blvd
Oklahoma City, OK 73130

Mid-South Medical Imaging LLC
Attn: Managing Agent
2731 Martin Luther King Jr.
Tuscaloosa, AL 35401

Merry Xray Corp. Tri-County
Attn: Mangging Agent
28100 Grand River Ave #209
Farmington, MI 48336

Merry Xray Corporation:ALTOONA LUNG
Attn: Managing Agent
800 Chestnut Ave
Altoona, PA 16601

Mid-South Medical Imaging The C
Attn: Managing Agent/Bankruptcy
16240 HWY 17
Toxey, AL 36921

Merry Xray Corp. Wilson Community
Attn: Managing Agent
303 East Green Street
Wilson, NC 27893

Miami Digital Sol: Clinica Las Merc
Attn: Managing Agent
3250 NW 83 St.
Miami, FL 33147

Millam Howard
Attn: Managing agent
Fourteen East Bay Street
Jacksonville, FL 32202

Merry Xray Corp.Coastal Orth
13000 US HWY 1 STE 5
Sebastian, FL 32958

Miami Digital Sol: Clinica Las Merc
Attn: Managing Agent
2387 West 68 St STE601
Hialeah, FL 33016

Monticello Medical Clinic
Attn: Managing Agent
906 Roberts Dr.
Monticello, AR 71655

Merry Xray Corp: CAROLINA DONOR SV
Attn: Managing Agent
7300 Millhouse Rd
Chapel Hill, NC 27516

Mid-South Medical
Attn: Managing Agent/Bankruptcy
500 Hospital Dr
Wetumpka, AL 36092

Monument 9A Imaging
Attn: Managing agent
1201 Monument Rd. Suite 101
Jacksonville, FL 32225

Merry Xray Corp: First Choice Com
Attn: Managing Agent
40 Autumn Fern Trail
Lillington, NC 27546

Mid-South Medical Imag   Dr. Headley
Attn: Managing Agent
4264 Lakeland Dr
Flowood, MS 39232

MXR Imaging
Attn: Managing agent
8020 Tyler Blvd.
Mentor, OH 44060

MXR Imaging, Inc.
4909 Murphy Canyon Road
#120
San Diego, CA 92123

Nick Ponder
150 Fayetteville Street
Suite 2300
Raleigh, NC 27601

Physicians Immediate Care
Attn: Managing Agent
1700 W. Higgins Road Ste 600
Des Plaines, IL 60018

National Radiology Solutions, LLC
ManagingAgent
101 Alycia Drive
Richmond, KY 40475

North Carolina Dept. of Commerce
Division of Employment Security
PO Box 25903
Raleigh, NC 27611-5903

Pinnacle Bank
150 3rd Avenue South
Nashville, TN 37201

NEO DCM SERVICIOS
Av. Altamira Sur Con Coromoto
Torre Delta Of. 5B, Bello Monte
 VENEZUELA

North Carolina Dept. of Revenue
Attn: Managing Agent/Bankruptcy
PO Box 1168
Raleigh, NC 27602-1168

POM MRI & Radiology Centers
Attn: Managing Agent
11011 Sheridan Street Ste 101
Hollywood, FL 33026

NEO DCM SERVICIOS
Urb. Bello Campo Mun
Chacao Edo Miranda Caracas
 VENEZUELA

ODC
Attn: Managing agent
3405 College Street
Beaumont, TX 77701

Precision Diagnostic Imaging
Attn: Managing Agent
6460 Medical Center Street
Las Vegas, NV 89148

NEO DCM SERVICIOS
Av. Eraso Plaza Estnque
Urb San Bernardino Caracas
 VENEZUELA

Ozark Regional Vein Center
Attn: Managing agent
5433 W. Walsh Lane
Rogers, AR 72758

Prefeitura Da Cidade de Itu Med 7
Martins 44 Conjuntos 24 E 34
San Paulo-SP-04120-050
 BRAZIL

NEO DCM SERVICIOS Clinica Santa Fe
Av. Principal de Santa Sofia
Uranizacion el Cafetal Caracas
 VENEZUELA

Perimeter Orthopaedics
Attn: Managing Agent
5673 Peachtree Dunwoody Rd STE 825
Atlanta, GA 30342

Premier Diagnostics of Essex, LLC
Attn: Managing Agent
155 Prospect Ave
West Orange, NJ 07052

NEO DCM SERVICIOS Policlinca Mendez
Av. Andres Bello
Caracas Dist Capital 1050
 VENEZUELA

Perry Orthopedics
1700 W. Hibiscus Blvd.
Melbourne, FL 32901

Premier Health Group PLLC
Attn: Managing Agent
620 Crossover Road
Tupelo, MS 38801

NEO DCM SERVICIOS Policlinica La
La Carlota
Distrito Capital Caracas
 VENEZUELA

Philip Sasser
Sasser Law FIrm
2000 Regency ParkWay
Cary, NC 27518

Premier Radiology Services
Attn: Managing Agent
10800 Biscayne Blvd Ste 810
Miami, FL 33161

New Haven XR Solutions Inc
Attn: Managing Agent
PO BOX 151
Davis, IL 61019

Phillip Lafortune
1491 Ravena Street
Bethlehem, PA 18015

Premier Radiology Solutions
Attn: Managing Agent
5802 Ralston
Indianapolis, IN 46220

Premier Urgent Care
Attn: Managing Agent
50 Highway 79 North
Magnolia, AR 71753

Prestige Medical Imaging: Gen. Phys
Attn: Managing Agent
1 D'Alfonso Road
Newburgh, NY 12550

Preventative Diagnostic Center LLC
Attn: Managing Agent
6620 S Tenaya Way
Las Vegas, NV 89113

Providence Imaging
Attn: Managing agent
2315 Asheville Highway, Suite 40
Hendersonville, NC 28791

Quad Graphics Inc
Attn: Managing Agent
N64W23110 Main Street
Sussex, WI 53089

Quality Care Urgent Care
Attn: Managing Agent
19422 N US HWY 281 Ste 106
San Antonio, TX 78258

Quickbooks c/o Intuit
Attn: Managing Agent/Bankruptcy
2700 Coast Avenue
Mountain View, CA 94043

Quicken Loans
Attn: Managing Agent/Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226

Rapid Care ER Clinic
Attn: Managing Agent
1510 South Mason Road
Katy, TX 77450

RM Partners
Attn: Managing Agent/Michael Ly
8150 Springwood Dr., Suite 150
Irving, TX 75063

SEC Office of Reorganization
950 East Paces Ferry Road N.E.
Suite 900
Atlanta, GA 30326-1382

Shelly Middleton
5412 Piper Glen Drive
Charlotte, NC 28277

Small & Small, Attorneys
Christopher J. Small, Esq.
1078 West Fourth Street
Winston Salem, NC 27101-2411

South Carolina Dept. of Revenue
Attn: Bankruptcy Dept.
P. O. Box 125
Columbia, SC 29214

Southern States Imaging, Inc
Colonial Family Healthcare
PO Box 159
Dexter, MI 48130

Southern States Imaging, Inc.
Attn: Managing Agent
PO BOX 13358
Charleston, SC 29422

Southwest X-Ray
Attn: Managing Agent
11419 Mathis Avenue, Suite 208
Dallas, TX 75234

Southwest X-Ray
Attn: Managing Agent
2010 W Katherine P Raines Rd
Cleburne, TX 76033

Southwest X-Ray
Attn: Managing Agent
4001 W 15th St #290
Plano, TX 75093

Southwest X-Ray Advanced Pain
Attn: Managing Agent
2000 South Mays At # 201
Round Rock, TX 78664

Southwest X-Ray Blasick Ortho
Attn: Managing Agent
7005 Woodway Dt # 101
Woodway, TX 76712

Southwest X-Ray Dallas
Attn: Managing Agent
4708 Alliance Bld #708
Plano, TX 75093

Southwest X-Ray Dr. Cuyler Dear
Attn: Managing Agent
1301 S Coulter
Amarillo, TX 79106

Southwest X-Ray Family Emergen R
Attn: Managing Agent
1464 E. Whitestone Blvd #1101
Cedar Park, TX 78613

Southwest X-Ray Frisco Spine
Attn: Managing Agent
8350 Dallas PKWY
Frisco, TX 75034

Southwest X-Ray Genesis Medical
Attn: Managing Agent
24727 Tomball PkWY
Tomball, TX 77375

Southwest X-Ray Georgetown
Attn: Managing Agent
1210 W University Ave
Georgetown, TX 78628

Southwest X-Ray Just 4 Kids
Attn: Managing Agent
2215 S Loop 288 Unit 322
Denton, TX 76205

Southwest Xray Company Premier Orth
Attn: Managing Agent
11920 Astoria Blvd #390
Houston, TX 77089

Southwest Xray Company Tru Orth
Attn: Managing Agent
18626 Hardy Oaks Blvd #101
San Antonio, TX 78258

Southwest X-Ray Mid County Medical
Attn: Managing Agent
1003 Neederland Ave
Nederland, TX 77627

Southwest Xray Company Quick MD Car
Attn: Managing Agent
10101 Westridge Blvd #101
McKinney, TX 75070

Southwest Xray Company Victoria
Attn: Managing Agent
605 E San Antonio St 520E
Victoria, TX 77901

Southwest Xray Company
Attn: Managing Agent
11419 Mathis Ave #208
Dallas, TX 75234

Southwest Xray Company Riceland Med
Attn: Managing Agent
538 Broadway
Winnie, TX 77665

Sparks Clinic
Attn: Managing Agent
103 N. 1st Street
Rockwall, TX 75087

Southwest Xray Company
Attn: Managing Agent
5550 Warren PKWY #200
Frisco, TX 75034

Southwest Xray Company San Antonio
Attn: Managing Agent
138 Old San Antonio Rd 302
Boerne, TX 78006

Star Imaging
Attn: Managing Agent
5333 Henneman Drive
Norfolk, VA 23513

Southwest Xray Company New Braunfel
Attn: Managing Agent
54 Gruene Park Dr
New Braunfels, TX 78130

Southwest Xray Company Skyline Orth
Attn: Managing Agent
10811 W 143rd St STE 150
Orland Park, IL 60467

Star Imaging: Urology of VA
Attn: Managing Agent
225 Clearfield Ave
Virginia Beach, VA 23462

Southwest Xray Company Next Step Or
Attn: Managing Agent
8865 Synergey St #101
McKinney, TX 75070

Southwest Xray Company Texas
Attn: Managing Agent
800 W. Airport FWY #810
Irving, TX 75062

State of Alabama
Dept of Revenue
50 North Ripley St
Montgomery, AL 36132

Southwest Xray Company North Texas
Attn: Managing Agent
5575 Warren Pkwy POB 1 Unit 115
Frisco, TX 75034

Southwest Xray Company Texas Knee
Attn: Managing Agent
4323 N. Josey Ln #307
Irving, TX 75062

Surgery Center of Fairbanks
Attn: Managing agent
2310 Peger Road
Fairbanks, AK 99709

Southwest Xray Company Orth Arlingt
Attn: Managing Agent
701 Secreatary Drive
Arlington, TX 76015

Southwest Xray Company Throckmoton
Attn: Managing Agent
802 N Minter Ave
Throckmorton, TX 76483

Tech Care X-Ray, LLC
Attn: Managing Agent
106 W. 5Th Ave
Tallahassee, FL 32303

Southwest Xray Company Ortho Dallas
Attn: Managing Agent
1301 Summer Lee Dr
Rockwall, TX 75032

Southwest Xray Company Trinity Orth
Attn: Managing Agent
809 W Harwood Rd STE 101
Hurst, TX 76054

Technologous / Azure
Attn: Managing agent
4040 Hwy 6 S., Suite 200
College Station, TX 77845

The ODC
Attn: Managing Agent
3405 College Street
Beaumont, TX 77701

US Small Business Administration
Attn: Managing Agent/Bankruptcy
6302 Fairview Road, Suite 300
Charlotte, NC 28210

Thompson Medical Clinic
17941 Alberta Street
Oneida, TN 37841

Voxcell Cloud, LLC dba Lifevoxel
Attn: Managing agent
263 Tresser Blvd, 9th Floor
Stamford, CT

Top of Texas Orthopedics
Attn: Managing Agent
11419 Mathis Ave #208
Dallas, TX 75234

Wake County Tax Administration
Attn: Managing Agent/Bankruptcy
Post Office Box 2331
Raleigh, NC 27602

Total Access Urgent Care
Attn: Managing Agent
13861 Manchester Road
Ballwin, MO 63011

Wake County Tax Administration
PO Box 2331
Raleigh, NC 27602

Travis Sasser
875 Walnut Street
Suite 342
Cary, NC 27511

Women's Care Enterprises, LLC
Attn:Managing Agent
5002 W. Lemon St
Tampa, FL 33609

Tyler Internal Medicine
Attn: Managing Agent
1920 Rosedale Tyler
Tyler, TX 75701

Tyler Internal Medicine
Attn: Managing Agent
1920 Rosedale Tyler

U.S. Bankruptcy Court
1760 A Parkwood Blvd.
Wilson, NC 27893-3588

United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601