# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Steven Dale Deaton
12201 Beestone Lane
Raleigh, NC 27614

CASE NO.: 23–02527–5–PWM

DATE FILED: August 31, 2023

CHAPTER: 7

ORDER APPOINTING INTERIM TRUSTEE AND APPROVING STANDING BOND

IT IS ORDERED AND NOTICE IS HEREBY GIVEN THAT:

The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the blanket bond heretofore approved.

Algernon L. Butler III
Butler & Butler, L.L.P.
P. O. Box 38
Wilmington, NC 28402

DATED: September 4, 2023

Pamela W. McAfee
United States Bankruptcy Judge