# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
P.O. Box 791
Raleigh, NC 27602
**Raleigh Division**

IN RE:
Steven Dale Deaton
*( debtor has no known aliases )*
12201 Beestone Lane
Raleigh, NC 27614

CASE NO.: 23–02527–5–PWM

DATE FILED: August 31, 2023

CHAPTER: 7

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

NOTICE IS GIVEN THAT:

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address above on or before **January 11, 2024** . Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A Proof of Claim can be obtained at www.nceb.uscourts.gov, or at any bankruptcy clerk's office. It may be filed by regular mail.

As an alternative to filing by regular mail, the claim may be filed electronically at www.nceb.uscourts.gov by accessing the Proof of Claims section. ***When filing electronically, it is not necessary to complete a paper claim form.***

There is no fee for filing the proof of claim.

***Any creditor who has filed a proof of claim already need not file another proof of claim.***

DATED: October 9, 2023

Stephanie J. Butler
Clerk of Court