Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

Date:_____ Time: _____ Place: _____

IN RE:
Steven Dale Deaton
12201 Beestone Lane
Raleigh, NC 27614

CASE NO.: 23–02527–5–PWM

DATE FILED: August 31, 2023

**Raleigh Division**

CHAPTER: 7

HEARING/CONFERENCE WORKSHEET

Matter to be heard:

*22* – Objection to Debtor's Claim of Exemptions filed by Trustee Algernon L. Butler III. (Butler, Algernon)

*25* – Response in Opposition to (related document(s): 22 Objection to Debtor's Claim of Exemptions filed by Algernon L. Butler) filed by Travis Sasser on behalf of Steven Dale Deaton (Sasser, Travis)

Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518
(919) 319–7400

Algernon L. Butler III
Butler & Butler, L.L.P.
P. O. Box 38
Wilmington, NC 28402
910 762–1908

DATED: November 20, 2023

Allyson Howard