Certificate Number: <u>SD-23F-65878</u>

# BUTTERFLY FINANCIAL EDUCATION, INC.
# CERTIFICATE OF COMPLETION
# PERSONAL FINANCIAL MANAGEMENT COURSE

**STEVEN DEATON**
**Bankruptcy case number : 23-02527**

I CERTIFY that on <u>November 30, 2023</u>, at <u>10:48 PM Eastern Standard Time</u>, <u>STEVEN DEATON</u> has completed the Personal Financial Management Course from Butterfly Financial Education, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide debtor education courses in <u>North Carolina, Eastern District</u>.

By: *Janet L. Swope*

Name:  Janet L. Swope

Title:  President

Date:  November 30, 2023