# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| STEVEN DALE DEATON | 23-02527-5-PWM |
| DEBTOR | CHAPTER 7 |

## MOTION TO CONTINUE HEARING

NOW COMES the Chapter 7 Trustee in the above referenced case, by and through counsel, and respectfully requests the continuance of the following hearing for approximately 30 days:

Date: December 6, 2023 at 10:00 am

Matter: Trustee's Objection to Debtor's Claim of Exemptions

In support hereof the Trustee states as follows:

The Trustee has requested information from the Debtor that has not yet been received, and once that information is received the Trustee and Debtor's counsel anticipate discussing a resolution of this and other related matters.

Debtor's counsel has been contacted and has consented to this request.

Dated: December 5, 2023

                                              s/Algernon L. Butler, III
                                              Algernon L. Butler, III
                                              Attorneys for the Trustee
                                              NC State Bar No. 20881
                                              PO Box 38
                                              Wilmington, NC 28402
                                              Telephone (910) 762-1908
                                              Email: albutleriii@butlerbutler.com

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that (s)he is over eighteen (18) years of age, and that the

## MOTION TO CONTINUE HEARING

in the above captioned case was this day served upon the below named persons as follows:

<u>By electronic service through CM/ECF:</u>

Mr. Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518

<u>By mailing, postage prepaid, first class mail,</u> *or by certified mail return receipt requested if indicated below, or by facsimile if indicated below,* of a copy of such instrument to such persons, parties and/or counsel at the address shown below:

| | |
|---|---|
| U. S. Bankruptcy Administrator<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601 | Steven Dale Deaton<br>12201 Beestone Lane<br>Raleigh, NC 27614 |

Dated: December 5, 2023

                                          BUTLER & BUTLER, L.L.P.

                                          s/Algernon L. Butler, III
                                          Algernon L. Butler, III
                                          Attorneys for the Trustee
                                          NC State Bar No. 20881
                                          PO Box 38
                                          Wilmington, NC 28402
                                          Telephone (910) 762-1908
                                          Email: albutleriii@butlerbutler.com