UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO.: |
|---|---|
| STEVEN DALE DEATON | 23-02527-5-PWM |
| DEBTOR | CHAPTER 7 |

### NOTICE OF PROPOSED PUBLIC SALE OF PERSONAL PROPERTY AND NOTICE OF COMPENSATION OF AUCTIONEER

**NOTICE IS HEREBY GIVEN** in accordance with Bankruptcy Rules 2002(a) and (c), 6004 and 6007, and 11 U.S.C. § 363, of the public auction of the following described property at the time, date and place and in the manner hereinafter set out:

| | |
|---|---|
| Property to be Sold: | See attached Exhibit A |
| Date and Time of Sale: | February 2, 2024 - 10:00 a.m. (or at such alternative time as may be later noticed or then stated) |
| Location of Sale: | Country Boys Auction & Realty 1211 W. 5th Street, Washington, NC |
| Terms of Sale: | Cash or approved check on day of sale. All sales as is. |

**FURTHER NOTICE IS HEREBY GIVEN** that the Trustee has filed an application with the Court to approve the employment of Mr. Mike Gurkins of Country Boys Auction & Realty as auctioneer whose compensation shall be fixed at a rate not to exceed the following, which shall include all regular expenses associated with advertising and conducting a sale such as advertising, fliers, postage for mailings, and signage:

<u>Personal Property</u>
20% of first $20,000
10% of next $50,000
4% of the balance

The compensation and allowed reimbursement to be paid to the auctioneer shall be paid from the closing proceeds ahead of and assessed against all secured claims upon sale approval. The above scale does not include out of pocket additional expenses such as for hauling, repairs, locksmiths,

assembly, and expenses incurred for preserving the property which may be subject to allowance pursuant to a separate request.

**FURTHER NOTICE IS HEREBY GIVEN** that any objection to the proposed public sale of the property and/or compensation of auctioneer may be filed with the Clerk, U. S. Bankruptcy Court, P.O. Box 791, Raleigh, NC 27602, with a copy served on the Trustee whose name appears at the bottom of this notice, no later than January 22, 2024. No hearing will be conducted on said objection unless the Court, in its discretion, deems a hearing necessary, or unless a hearing is requested by the party filing such request. Any party requesting a hearing shall appear at the hearing in support of such request or they may be assessed with costs.

Dated: December 28, 2023                             BUTLER & BUTLER, L.L.P.


                                                     s/Algernon L. Butler, III
                                                   Algernon L. Butler, III
                                                   Attorneys for the Trustee
                                                   NC State Bar No. 20881
                                                   P. O. Box 38
                                                   Wilmington, NC 28402
                                                   Telephone (910) 762-1908
                                                   Email: albutleriii@butlerbutler.com

## EXHIBIT A

1987 Fleetwood Motor Home – VIN: 1GBJP37W6H3301351
2017 Mercedes – VIN: WDC0J4KB6HF226355
Rolex Watch

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that (s)he is over eighteen (18) years of age, and that the

**NOTICE OF PROPOSED PUBLIC SALE OF PERSONAL PROPERTY AND NOTICE OF COMPENSATION OF AUCTIONEER**

in the above captioned case was this day served upon the below named persons as follows:

<u>By electronic service through CM/ECF:</u>

U. S. Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

Mr. Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518

<u>By mailing, postage prepaid, first class mail, of a copy of such instrument to such persons, parties and/or counsel at the address shown below:</u>

Mike Gurkins
Country Boys Auction and Realty
P.O. Box 1903
Washington, NC 27889

Steven Dale Deaton
12201 Beestone Lane
Raleigh, NC  27614

And see the attached mailing matrix.

Dated:  December 28, 2023

               s/Algernon L. Butler, III
               Algernon L. Butler, III
               Attorneys for the Trustee
               NC State Bar No. 20881
               P. O. Box 38
               Wilmington, NC 28402
               Telephone (910) 762-1908
               Email: albutleriii@butlerbutler.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| IN RE: | CASE NO: 23-02527-5-PWM |
|---|---|
| STEVEN DALE DEATON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 12/28/2023, I did cause a copy of the following documents, described below,

Notice of Proposed Public Sale of Personal Property and Notice of Compensation of Auctioneer

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/28/2023

/s/ Algernon L. Butler, III
Algernon L. Butler, III  20881
Attorneys for the Trustee
Butler & Butler, LLP
PO Box 38
Wilmington, NC  28402
910 762 1908
albutleriii@butlerbutler.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE:<br><br>STEVEN DALE DEATON | CASE NO: 23-02527-5-PWM<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 12/28/2023, a copy of the following documents, described below,

Notice of Proposed Public Sale of Personal Property and Notice of Compensation of Auctioneer

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/28/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Algernon L. Butler, III
Butler & Butler, LLP
PO Box 38
Wilmington, NC  28402

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                EXCLUDE                                   EXCLUDE
  LABEL MATRIX FOR LOCAL NOTICING        (U)BANKRUPTCY ADMINISTRATOR               (U)COUNTRY BOYS AUCTION AND REALTY   IN
NCRS ADDRESS DOWNLOAD
CASE 23-02527-5-PWM
EASTERN DISTRICT OF NORTH CAROLINA
THU DEC 28 10-36-30 PST 2023



EXCLUDE                                  INTERNATIONAL
U S BANKRUPTCY COURT                     ANCEC   ASOCIACION NACIONAL               ABSOLUTE MEDICAL IMAGING INC
300 FAYETTEVILLE STREET   4TH FLOOR      CONTRA E HOSPITALAR SA CASA 21            ATTN MANAGING AGENT
PO BOX 791                               CALLE 67                                  DEXTER  MI 48130
RALEIGH  NC 27602-0791                   SAN FRANCISCO PANAMA




AMERICAN EXPRESS                         AMERICAN EXPRESS NATIONAL BANK            APPLE CARDGS BANK
ATTN MANAGING AGENTBANKRUPTCY            CO BECKET AND LEE LLP                     ATTN MANAGING AGENTBANKRUPTCY
POST OFFICE BOX 981535                   PO BOX 3001                               LOCKBOX 6112 PO BOX 7247
EL PASO  TX 79998-1535                   MALVERN  PA 19355-0701                    PHILADELPHIA  PA 19170-6112




ASHLEY DEATON                            BANK OF AMERICA                           BANK OF AMERICA
12201 BEESTONE LANE                      ATTN MANAGING AGENT BANKRUPTCY            ATTN MANAGING AGENT BANKRUPTCY
RALEIGH  NC 27614-8025                   100 NORTH TRYON STREET                    PO BOX 982284
                                         CHARLOTTE  NC 28255-0001                  EL PASO  TX 79998-2284




BANK OF AMERICA  NA                      BENJAMIN S MORRELL                        BIOMEDICAL EQUIPMENT CORP
PO BOX 31785                             TAFT STETTINIUS   HOLLISTER LLP           ATTN MANAGING AGENT
TAMPA  FL 33631-3785                     111 EAST WACKER DRIVE  SUITE 2600         2606 NW 97 AVE
                                         CHICAGO  IL 60601-4208                    MIAMI  FL 33172-1413




BIOMEDICAL EQUIPMENT CORP NEW LIFE       BLOCK IMAGING INTERNATIONAL  INC          BLUEVINE
ATTN MANAGING COMPANY                    ATTN MANAGING AGENT                       ATTN MANAGING AGENTBANKRUPTCY
861 SW 8TH STREET                        1845 CEDAR ST                             401 WARREN STREET
MIAMI  FL 33130-3703                     HOLT  MI 48842-1757                       REDWOOD CITY  CA 94063-1536




BOYETTE ORTHO                            CAPE FEAR ORTHOPAEDIC CLINIC              CARING MEDICAL
ATTN MANAGING AGENT                      4140 FERNCREEK DRIVE                      ATTN MANAGING AGENT
2573 STATONSBURG ROAD                    STE 801                                   9738 COMMERCE CENTER COURT
GREENVILLE  NC 27834-7213                FAYETTEVILLE  NC 28314-2572               FORT MYERS  FL 33908-3670



                                         INTERNATIONAL
CENTRAL IMAGING AND RADIOLOGY PA         CLINICA LA FLORESTA                       CLINICAL IMAGING MANAGEMENT SYSTEMS
ATTN MANAGING AGENT                      ATTN MANAGING AGENT                       ATTN MANAGING AGENT
100 EUROPA DR SUITE 417                  SOLUCIONES DICOM                          47 CELLINI
CHAPEL HILL  NC 27517-2389               LAS RUICES CARACAS VENEZUELA              SAN ANTONIO  TX 78258-4300




CLINICAL IMAGING MGMT SYS  LLC           CLINICAL IMAGING MGMT SYSTEM LLC          COLONIAL FAMILY PRATICE
ATTN MANAGING AGENT                      TARTANT ATTN MANAGING AGENT               ATTN MANAGING AGENT
100 EUROPA DR  SUITE 417                 200 FELIKS GWOZDZ PL                      4700 FOREST DRIVE SUITE 101
CHAPEL HILL  NC 27517-2389               FORT WORTH  TX 76104-4919                 COLUMBIA  SC 29206-3119
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CONNETWISE<br>ATTN MANAGING AGENT<br>400 N TAMPA ST  SUITE 130<br>TAMPA   FL 33602-4717 | CYPRESS PARTNERS  LLC<br>ATTN MANAGING AGENT<br>6018 CHRISTMAS DRIVE<br>MIDLAND   GA 31820-4355 | CYPRESS PARTNERS  LLC MILLEDGEVILL<br>ATTN MANAGING AGENT<br>1850 N COLUMBIA STREET  SUITE 3<br>MIDLAND   GA 31820 |
| CYPRESS PARTNERS  LLCREGIONAL IMAG<br>ATTN MANAGING AGENT<br>2516 UNIVERSITY DRIVE<br>THOMSON   GA 30824-0040 | CYRUS DIAGNOSTIC IMAGING<br>ATTN MANAGING AGENT<br>165 WAYMONT CT<br>LAKE MARY   FL 32746-6093 | DAYSPRING FAMILY MEDICINE<br>ATTN MANAGING AGENT<br>250 W KINGS HIGHWAY<br>EDEN   NC 27288-5010 |
| DELTA ORTHOPEDICS<br>ATTN MANAGING AGENT<br>257 COTTONWOOD ST<br>DELTA   CO 81416-4400 | DIRECT REHAB<br>ATTN MANAGING AGENT<br>3110 PARK CENTER DRIVE<br>TYLER   TX 75701-9215 | DOCTORS CARE<br>ATTN MANAGING AGENT<br>307 E MEIGHAN BLVD<br>GADSDEN   AL 35903-1048 |
| EVOHEALTH<br>12201 BEESTONE LANE<br>RALEIGH   NC 27614-8025 | FIRSTSCANSCANMED<br>MANAGING AGENT<br>9840 S 140TH ST  SUITE 8<br>OMAHA   NE 68138-3692 | FREEDOM MORTGAGE CORPORATION<br>ATTN MANAGING AGENTBANKRUPTCY<br>951 W YAMATO RD SUITE 175<br>BOCA RATON   FL 33431-4444 |
| GENESIS MEDICAL GROUP<br>ATTN MANAGING AGENT<br>2255 EAST MOSSY OAKS RD SUITE 500<br>SPRING   TX 77389-1813 | GEORGIA INTERVENTIONAL MEDICINE<br>ATTN MANAGING AGENT<br>3286 BUCKEYE ROAD STE 130<br>ATLANTA   GA 30341-4228 | HAVEN ELITE URGENT CARE<br>ATTN MANAGING AGENT<br>PO BOX 477<br>DURAND   IL 61024-0477 |
| HEART OF TEXAS HEALTHCARE SYSTEM<br>ATTN MANAGING AGENT<br>11419 MATHIS AVE 208<br>DALLAS   TX 75234-9423 | HOPE IMAGING<br>ATTN MANAGING AGENT<br>1850 37TH ST 101<br>VERO BEACH   FL 32960-4856 | EXCLUDE<br>(U)HOSPITAL NARCISO  LOPEZ DE LANUS<br>ATTN MANAGING AGENT<br>CULLEN 5769 VILLA URQUIZA CABA CP<br>BUENOS AIRES ARGINTINA |
| EXCLUDE<br>(D)HOSPITAL NARCISO  LOPEZ DE LANUS<br>ATTN MANAGING AGENT<br>CULLEN 5769  VILLA URQUIZA CABA CP<br>BUENOS AIRES ARGINTINA | IMERIAL IMAGING TECHNOLOGY<br>ATTN MANAGING AGENT<br>320 NORTHPOINT PKWY SUITE P<br>ACWORTH   GA 30102-3153 | IMPERIAL IMAGING TECHNOLOGY GEORGIA<br>ATTN MANAGING AGENT<br>475 TRIBBLE GAP RD<br>CUMMING   GA 30040-2478 |
| INNOVACARE<br>ATT MANAGING AGENT<br>30701 LORAIN ROAD<br>NORTH OLMSTED   OH 44070-6325 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7346<br>PHILADELPHIA   PA 19101-7346 | INTERNATIONAL MEDX<br>ATTN MANAGING AGENT<br>6391 ARC WAY<br>FORT MYERS   FL 33966-1353 |
| INTERNATIONAL<br>INTERNATIONAL MEDXST EUSTATIUS HC<br>ATTN MANAGER AGENT<br>HM QUEEN BEATRIZ RD 25 ST<br>NETHERLANDS | (P)INTERSTATE IMAGING LLC<br>POB 144<br>EVANSVILLE IN 47701-0144 | INTERSTATE IMAGING  SPORT MED CTR<br>ATTN MANAGING AGENT<br>333 S KIRKWOOD RD STE 200<br>SAINT LOUIS   MO 63122-6161 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| INTERSTATE IMAGING LLCBERNIE MED<br>ATTN MANAGING AGENT<br>741 S WALNUT ST<br>BERNIE  MO 63822-8900 | INTUIT FINANCING<br>ATTN MANAGING AGENTBANKRUPTCY<br>2700 COAST AVENUE<br>MOUNTAIN VIEW  CA 94043-1140 | IOWA ORTHOPAEDIC CENTER  PC<br>ATTN MANAGING AGENT<br>450 LAUREL ST  SUITE A<br>DES MOINES  IA 50314-3084 |
| JOHN G RHYNE<br>PO BOX 8327<br>WILSON  NC 27893-1327 | JOSEPH P SARGENT<br>1595 BLACK ROCK TURNPIKE<br>FAIRFIELD  CT 06825-4102 | KIDNEY HYPERTENSION TRANSPLANT<br>ATTN MANAGING AGENT<br>915 S LAREDO ST  SUITE 200<br>SAN ANTONIO  TX 78204-3211 |
| LANSING URGENT CARE<br>ATTN MANAGING AGENT<br>505 N CLIPPERT ST<br>LANSING  MI 48912-4701 | LEIGHTON ORTHO<br>ATTN MANAGING AGENT<br>20 MEDICAL CAMPUS DRIVE<br>SUPPLY  NC 28462-4096 | ~~EXCLUDE~~<br>~~(U)LEYTON US~~<br>~~ATTN MANAGING AGENT~~<br>~~2 AVENUE DE LAFAYETTE  6TH F~~ |
| ~~EXCLUDE~~<br>~~(D)LEYTON US~~<br>~~ATTN MANAGING AGENT~~<br>~~2 AVENUE DE LAFAYETTE  6TH F~~ | LONGHORN IMAGING<br>ATTN MANAGING AGENT<br>4316 JAMES CASEY BLD F  SUITE 110<br>AUSTIN  TX 78745 | MXR IMAGING<br>ATTN MANAGING AGENT<br>8020 TYLER BLVD<br>MENTOR  OH 44060-4825 |
| MXR IMAGING  INC<br>4909 MURPHY CANYON ROAD<br>120<br>SAN DIEGO  CA 92123-4300 | MANASWI ORTHOPEDIC  JOINT REPLACEM<br>ATTN MANAGING AGENT<br>2231 NORTH BLVD W<br>DAVENPORT  FL 33837-8990 | INTERNATIONAL<br>MED7 PRODUTOS HOSPITALARES LTDA<br>RUA DR TIRSO MARTINS 44  SUITE 24<br>SAO PAULO SP 04120-050<br>BRAZIL |
| INTERNATIONAL<br>MED7 PRODUTOS HOSPITALARES LTDA<br>CENTRO DE ORTOPEDIA E TRAUMATOLOGIA<br>AV SOUZA NAVES 1675 CENTROIVAIPOR<br>PR 86870-000 BRAZIL | INTERNATIONAL<br>MED7 PRODUTOS HOSPITALARES LTDS<br>TORRE DELTA PICO 5 OFFC 5B<br>URB BELLO CAMPO MUNICIPIO<br>CARACAS VENEZUELA | MEDICO MD<br>ATTN MANAGING AGENT<br>8150 SPRINGWOOD DR STE 150<br>IRVING  TX 75063-5805 |
| MEDSERV PLUS  INC<br>ATTN MANAGING AGENT<br>678 EAST TAGGART STREET<br>EAST PALESTINE  OH 44413-2400 | MEDSERV PLUS  INCOWENS STATE COMM<br>ATTN MANAGING AGENT<br>30335 OREGON RD<br>EAST PALESTINE  OH 44413 | MERIDIAN MEDICAL SERVICES<br>ATTN MANAGING AGENT<br>3266 N MERIDIAN ST SUITE 501<br>INDIANAPOLIS  IN 46208-5857 |
| MERRY XRAY CORP TERRY REILLY<br>ATTN MANAGING AGENT<br>848 LA CASSIA DR<br>BOISE  ID 83705-2253 | MERRY XRAY CORP  CENTRAL N ALABAMA<br>110 WALKER AVE<br>HUNTSVILLE  AL 35801-4739 | MERRY XRAY CORP 1ST PHYSICIANS PLL<br>ATTN MANAGING AGENT<br>4222 WENDOVER AVE STE 600<br>ODESSA  TX 79762-5983 |
| MERRY XRAY CORP COLLEGE HC PROF<br>2550 NORTH LOOP W STE 300<br>HOUSTON  TX 77092-8913 | MERRY XRAY CORP CORNERSTONE REG HO<br>2302 CORNERSTONE BLVD<br>HOUSTON  TX 77092 | MERRY XRAY CORP CRIMSON URGENT CAR<br>ATTN MANAGING AGENT<br>1718 VETERANS MEMORIAL PKWY<br>TUSCALOOSA  AL 35404-4791 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
MERRY XRAY CORP DAYTON HEART GROUP      MERRY XRAY CORP DR BRAHMS              MERRY XRAY CORP FAMILY HEALTH CENT
ATTN MANAGING AGENT                     ATTN MANAGING AGENT                    ATTN MANAGING AGENT
695 N CLYDE MORRIS BLVD                 23250 MERCANTILE RD                    3310 MAGNOLIA ST
DAYTONA BEACH   FL 32114-2321           BEACHWOOD   OH 44122-5928              ORANGEBURG   SC 29115-1466


MERRY XRAY CORP FASTMED CLINICS UR      MERRY XRAY CORP HAGERSTOWN CORRECT     MERRY XRAY CORP LITTLE ALSACE UGEN
ATTN MANAGING AGENT                     ATTN MANAGING AGENT                    ATTN MANAGING AGENT
935 SHOTWELL RD STE 108                 18601 ROXBURY RD                       1501 HOUSTON ST
CLAYTON   NC 27520-5598                 HAGERSTOWN   MD 21746-1000             CASTROVILLE   TX 78009-2739


MERRY XRAY CORP MANYS PRIMARY HC        MERRY XRAY CORP MEDINA OB              MERRY XRAY CORP ORTHO CLINC
ATTN MANAGING AGENT                     ATTN MANAGING AGENT                    ATTN MANAGING AGENT
35055 LA HWY 16                         3985 MEDINA RD STE200                  1540 N ZARAGOZA BLVD
DENHAM SPRINGS   LA 70706-1535          MEDINA   OH 44256-5354                 EL PASO   TX 79936-7905


MERRY XRAY CORP ORTHOPEDIC SPEC         MERRY XRAY CORP PULMONARY              MERRY XRAY CORP SOUTHWEST URGENT C
ATTN MANAGING AGENT                     ATTN MANAGING AGENT                    ATTN MANAGING AGENT
785 E HOLLAND                           1520 S MAIN ST SUITE 2                 2030 N MESSA ST
SPOKANE   WA 99218-1257                 DAYTON   OH 45409-2643                 EL PASO   TX 79902-3310


MERRY XRAY CORP SPRINGFIELD             MERRY XRAY CORP TEXAS TECH A           MERRY XRAY CORP TRICOUNTY
ATTN MANAGING AGENT                     ATTN MANAGING AGENT                    ATTN MANGGING AGENT
2280 MARCOLA RD                         2503 6TH STREET RM 123C                28100 GRAND RIVER AVE 209
SPRINGFIELD   OR 97477-2594             LUBBOCK   TX 79409-9806                FARMINGTON   MI 48336-5969


MERRY XRAY CORP WILSON COMMUNITY        MERRY XRAY CORPCOASTAL ORTH            MERRY XRAY CORP CAROLINA DONOR SVC
ATTN MANAGING AGENT                     13000 US HWY 1 STE 5                   ATTN MANAGING AGENT
303 EAST GREEN STREET                   SEBASTIAN   FL 32958-3773              7300 MILLHOUSE RD
WILSON   NC 27893-4105                                                         CHAPEL HILL   NC 27516-8105


MERRY XRAY CORP FIRST CHOICE COM        MERRY XRAY CORPACUTE CARE SURGERY      MERRY XRAY CORPORATION
ATTN MANAGING AGENT                     ATTN MANAGING AGENT                    ATTN MANAGING AGENT
40 AUTUMN FERN TRAIL                    613 ELIZABETH ST STE 804               4909 MURPHY CANYON ROAD  STE 210
LILLINGTON   NC 27546-5155              CORPUS CHRISTI   TX 78404-2231         SAN DIEGO   CA 92123-9600


MERRY XRAY CORPORATION                  MERRY XRAY CORPORATION OLSEN ORTH      MERRY XRAY CORPORATIONALTOONA LUNG
MORRILTON MEDICAL CLINIC  PA            ATTN MANAGING AGENT                    ATTN MANAGING AGENT
10 HOSPITAL DR                          1140 S DOUGLAS BLVD                    800 CHESTNUT AVE
MORRILTON   AR 72110-4500               OKLAHOMA CITY   OK 73130-5236          ALTOONA   PA 16601-4722


MIAMI DIGITAL SOL CLINICA LAS MERC      MIAMI DIGITAL SOL CLINICA LAS MERC     MIDSOUTH MEDICAL
ATTN MANAGING AGENT                     ATTN MANAGING AGENT                    ATTN MANAGING AGENTBANKRUPTCY
2387 WEST 68 ST STE601                  3250 NW 83 ST                          500 HOSPITAL DR
HIALEAH   FL 33016-6891                 MIAMI   FL 33147-4504                  WETUMPKA   AL 36092-1625
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


MIDSOUTH MEDICAL IMAG  DR HEADLEY      MIDSOUTH MEDICAL IMAGING LLC          MIDSOUTH MEDICAL IMAGING LLC
ATTN MANAGING AGENT                    ATTN MANAGING AGENT                   ATTN MANAGING AGENT
4264 LAKELAND DR                       2731 MARTIN LUTHER KING JR            307 E MEIGHAN BLVD
FLOWOOD   MS 39232-8804                TUSCALOOSA  AL 35401-5235             GADSDEN  AL 35903-1048



MIDSOUTH MEDICAL IMAGING LLC           MIDSOUTH MEDICAL IMAGING LLC          MIDSOUTH MEDICAL IMAGING THE CLINI
ATTN MANAGING AGENT                    JEFFERSON COUNTY CORONER              ATTN MANAGING AGENTBANKRUPTCY
7300 S SIWELL RD                       900 KEYSTONE CT UNIT 957              16240 HWY 17
BYRAM  MS 39272-9772                   PELHAM  AL 35124-2075                 TOXEY  AL 36921-2489



MILLAM HOWARD                          MONTICELLO MEDICAL CLINIC             MONUMENT 9A IMAGING
ATTN MANAGING AGENT                    ATTN MANAGING AGENT                   ATTN MANAGING AGENT
FOURTEEN EAST BAY STREET               906 ROBERTS DR                        1201 MONUMENT RD SUITE 101
JACKSONVILLE  FL 32202-3413            MONTICELLO  AR 71655-5724             JACKSONVILLE  FL 32225-6445


INTERNATIONAL                          INTERNATIONAL                         INTERNATIONAL
NEO DCM SERVICIOS                      NEO DCM SERVICIOS                     NEO DCM SERVICIOS
AV ALTAMIRA SUR CON COROMOTO           AV ERASO PLAZA ESTNQUE                URB BELLO CAMPO MUN
TORRE DELTA OF 5B  BELLO MONTE         URB SAN BERNARDINO CARACAS            CHACAO EDO MIRANDA CARACAS
VENEZUELA                              VENEZUELA                             VENEZUELA



INTERNATIONAL                          INTERNATIONAL                         INTERNATIONAL
NEO DCM SERVICIOS CLINICA SANTA FE     NEO DCM SERVICIOS POLICLINCA MENDEZ   NEO DCM SERVICIOS POLICLINICA LA
AV PRINCIPAL DE SANTA SOFIA            AV ANDRES BELLO                       LA CARLOTA
URANIZACION EL CAFETAL CARACAS         CARACAS DIST CAPITAL 1050             DISTRITO CAPITAL CARACAS
VENEZUELA                              VENEZUELA                             VENEZUELA



NATIONAL RADIOLOGY SOLUTIONS  LLC      NEW HAVEN XR SOLUTIONS INC            NICK PONDER
MANAGINGAGENT                          ATTN MANAGING AGENT                   150 FAYETTEVILLE STREET
101 ALYCIA DRIVE                       PO BOX 151                            SUITE 2300
RICHMOND  KY 40475-2368                DAVIS  IL 61019-0151                  RALEIGH  NC 27601-2958



NORTH CAROLINA DEPT OF COMMERCE        NORTH CAROLINA DEPT OF REVENUE        ODC
DIVISION OF EMPLOYMENT SECURITY        ATTN MANAGING AGENTBANKRUPTCY         ATTN MANAGING AGENT
PO BOX 25903                           PO BOX 1168                           3405 COLLEGE STREET
RALEIGH  NC 27611-5903                 RALEIGH  NC 27602-1168                BEAUMONT  TX 77701-4613



OZARK REGIONAL VEIN CENTER             POM MRI  RADIOLOGY CENTERS            PERIMETER ORTHOPAEDICS
ATTN MANAGING AGENT                    ATTN MANAGING AGENT                   ATTN MANAGING AGENT
5433 W WALSH LANE                      11011 SHERIDAN STREET STE 101         5673 PEACHTREE DUNWOODY RD STE 825
ROGERS  AR 72758-8946                  HOLLYWOOD  FL 33026-1501              ATLANTA  GA 30342-1771



PERRY ORTHOPEDICS                      PHILLIP LAFORTUNE                     PHYSICIANS IMMEDIATE CARE
1700 W HIBISCUS BLVD                   1491 RAVENA STREET                    ATTN MANAGING AGENT
MELBOURNE  FL 32901-2615               BETHLEHEM  PA 18015-9425              1700 W HIGGINS ROAD STE 600
                                                                             DES PLAINES  IL 60018
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| PINNACLE BANK<br>150 3RD AVENUE S STE 900<br>NASHVILLE  TN 37201-2034 | PINNACLE BANK<br>150 3RD AVENUE SOUTH<br>NASHVILLE  TN 37201-2011 | PRECISION DIAGNOSTIC IMAGING<br>ATTN MANAGING AGENT<br>6460 MEDICAL CENTER STREET<br>LAS VEGAS  NV 89148-2406 |
| INTERNATIONAL<br>PREFEITURA DA CIDADE DE ITU MED 7<br>MARTINS 44 CONJUNTOS 24 E 34<br>SAN PAULO-SP-04120-050<br>BRAZIL | PREMIER DIAGNOSTICS OF ESSEX  LLC<br>ATTN MANAGING AGENT<br>155 PROSPECT AVE<br>WEST ORANGE  NJ 07052-4204 | PREMIER HEALTH GROUP PLLC<br>ATTN MANAGING AGENT<br>620 CROSSOVER ROAD<br>TUPELO  MS 38801-4944 |
| PREMIER RADIOLOGY SERVICES<br>ATTN MANAGING AGENT<br>10800 BISCAYNE BLVD STE 810<br>MIAMI  FL 33161-7402 | PREMIER RADIOLOGY SOLUTIONS<br>ATTN MANAGING AGENT<br>5802 RALSTON<br>INDIANAPOLIS  IN 46220-2730 | PREMIER URGENT CARE<br>ATTN MANAGING AGENT<br>50 HIGHWAY 79 NORTH<br>MAGNOLIA  AR 71753-3265 |
| PRESTIGE MEDICAL IMAGING GEN PHYS<br>ATTN MANAGING AGENT<br>1 DALFONSO ROAD<br>NEWBURGH  NY 12550-7204 | PREVENTATIVE DIAGNOSTIC CENTER LLC<br>ATTN MANAGING AGENT<br>6620 S TENAYA WAY<br>LAS VEGAS  NV 89113-1958 | PROVIDENCE IMAGING<br>ATTN MANAGING AGENT<br>2315 ASHEVILLE HIGHWAY  SUITE 40<br>HENDERSONVILLE  NC 28791-1561 |
| QUAD GRAPHICS INC<br>ATTN MANAGING AGENT<br>N64W23110 MAIN STREET<br>SUSSEX  WI 53089-3230 | QUALITY CARE URGENT CARE<br>ATTN MANAGING AGENT<br>19422 N US HWY 281 STE 106<br>SAN ANTONIO  TX 78258-7615 | QUICKBOOKS CO INTUIT<br>ATTN MANAGING AGENTBANKRUPTCY<br>2700 COAST AVENUE<br>MOUNTAIN VIEW  CA 94043-1140 |
| QUICKEN LOANS<br>ATTN MANAGING AGENTBANKRUPTCY<br>1050 WOODWARD AVENUE<br>DETROIT  MI 48226-3573 | RM PARTNERS<br>ATTN MANAGING AGENTMICHAEL LY<br>8150 SPRINGWOOD DR  SUITE 150<br>IRVING  TX 75063-5805 | RACHAEL L RADOSTA<br>1638 UPPER PARK ROAD<br>WAKE FOREST  NC 27587-6441 |
| RAPID CARE ER CLINIC<br>ATTN MANAGING AGENT<br>1510 SOUTH MASON ROAD<br>KATY  TX 77450-4558 | SEC OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY ROAD NE<br>SUITE 900<br>ATLANTA  GA 30326-1382 | SHELLY MIDDLETON<br>5412 PIPER GLEN DRIVE<br>CHARLOTTE  NC 28277-1327 |
| SMALL  SMALL  ATTORNEYS<br>CHRISTOPHER J SMALL  ESQ<br>1078 WEST FOURTH STREET<br>WINSTON SALEM  NC 27101-2411 | SOUTH CAROLINA DEPT OF REVENUE<br>ATTN BANKRUPTCY DEPT<br>P O BOX 125<br>COLUMBIA  SC 29214-0001 | SOUTHERN STATES IMAGING  INC<br>COLONIAL FAMILY HEALTHCARE<br>PO BOX 159<br>DEXTER  MI 48130-0159 |
| SOUTHERN STATES IMAGING  INC<br>ATTN MANAGING AGENT<br>PO BOX 13358<br>CHARLESTON  SC 29422-3358 | SOUTHWEST XRAY<br>ATTN MANAGING AGENT<br>11419 MATHIS AVENUE  SUITE 208<br>DALLAS  TX 75234-9423 | SOUTHWEST XRAY<br>ATTN MANAGING AGENT<br>2010 W KATHERINE P RAINES RD<br>CLEBURNE  TX 76033-7435 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SOUTHWEST XRAY
ATTN MANAGING AGENT
4001 W 15TH ST 290
PLANO   TX 75093-5844

SOUTHWEST XRAY ADVANCED PAIN
ATTN MANAGING AGENT
2000 SOUTH MAYS AT   201
ROUND ROCK   TX 78664

SOUTHWEST XRAY BLASICK ORTHO
ATTN MANAGING AGENT
7005 WOODWAY DT   101
WOODWAY   TX 76712-6160

SOUTHWEST XRAY DALLAS
ATTN MANAGING AGENT
4708 ALLIANCE BLD 708
PLANO   TX 75093-5317

SOUTHWEST XRAY DR CUYLER DEAR
ATTN MANAGING AGENT
1139 EAST SONTERRA BLVD   STE   401
SAN ANTONIO   TX 78258-4987

SOUTHWEST XRAY FAMILY EMERGENY ROO
ATTN MANAGING AGENT
1464 E WHITESTONE BLVD 1101
CEDAR PARK   TX 78613-9070

SOUTHWEST XRAY FRISCO SPINE
ATTN MANAGING AGENT
8350 DALLAS PKWY
FRISCO   TX 75034-5075

SOUTHWEST XRAY GENESIS MEDICAL
ATTN MANAGING AGENT
24727 TOMBALL PKWY
TOMBALL   TX 77375

SOUTHWEST XRAY GEORGETOWN
ATTN MANAGING AGENT
1210 W UNIVERSITY AVE
GEORGETOWN   TX 78628-5333

SOUTHWEST XRAY JUST 4 KIDS
ATTN MANAGING AGENT
2215 S LOOP 288 UNIT 322
DENTON   TX 76205-4984

SOUTHWEST XRAY MID COUNTY MEDICAL
ATTN MANAGING AGENT
1003 NEEDERLAND AVE
NEDERLAND   TX 77627-2832

SOUTHWEST XRAY COMPANY
ATTN MANAGING AGENT
11419 MATHIS AVE 208
DALLAS   TX 75234-9423

SOUTHWEST XRAY COMPANY
ATTN MANAGING AGENT
5550 WARREN PKWY 200
FRISCO   TX 75034-7399

SOUTHWEST XRAY COMPANY NEW BRAUNFEL
ATTN MANAGING AGENT
54 GRUENE PARK DR
NEW BRAUNFELS   TX 78130-2460

SOUTHWEST XRAY COMPANY NEXT STEP OR
ATTN MANAGING AGENT
8865 SYNERGEY ST 101
MCKINNEY   TX 75070-6522

SOUTHWEST XRAY COMPANY NORTH TEXAS
ATTN MANAGING AGENT
5575 WARREN PKWY POB 1 UNIT 115
FRISCO   TX 75034-0001

SOUTHWEST XRAY COMPANY ORTH ARLINGT
ATTN MANAGING AGENT
701 SECREATARY DRIVE
ARLINGTON   TX 76015-1623

SOUTHWEST XRAY COMPANY ORTHO DALLAS
ATTN MANAGING AGENT
1301 SUMMER LEE DR
ROCKWALL   TX 75032-5452

SOUTHWEST XRAY COMPANY PREMIER ORTH
ATTN MANAGING AGENT
11920 ASTORIA BLVD 390
HOUSTON   TX 77089-6097

SOUTHWEST XRAY COMPANY QUICK MD CAR
ATTN MANAGING AGENT
10101 WESTRIDGE BLVD 101
MCKINNEY   TX 75072-5922

SOUTHWEST XRAY COMPANY RICELAND MED
ATTN MANAGING AGENT
538 BROADWAY
WINNIE   TX 77665-7600

SOUTHWEST XRAY COMPANY SAN ANTONIO
ATTN MANAGING AGENT
138 OLD SAN ANTONIO RD 302
BOERNE   TX 78006-3491

SOUTHWEST XRAY COMPANY SKYLINE ORTH
ATTN MANAGING AGENT
10811 W 143RD ST STE 150
ORLAND PARK   IL 60467-1945

SOUTHWEST XRAY COMPANY TEXAS
ATTN MANAGING AGENT
800 W AIRPORT FWY 810
IRVING   TX 75062-6285

SOUTHWEST XRAY COMPANY TEXAS KNEE
ATTN MANAGING AGENT
4323 N JOSEY LN 307
IRVING   TX 75062

SOUTHWEST XRAY COMPANY THROCKMOTON
ATTN MANAGING AGENT
802 N MINTER AVE
THROCKMORTON   TX 76483-5357

SOUTHWEST XRAY COMPANY TRINITY ORTH
ATTN MANAGING AGENT
809 W HARWOOD RD STE 101
HURST   TX 76054-3293

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| SOUTHWEST XRAY COMPANY TRU ORTHO<br>ATTN MANAGING AGENT<br>18626 HARDY OAKS BLVD 101<br>SAN ANTONIO   TX 78258-4218 | SOUTHWEST XRAY COMPANY VICTORIA<br>ATTN MANAGING AGENT<br>605 E SAN ANTONIO ST 520E<br>VICTORIA   TX 77901-6086 | SPARKS CLINIC<br>ATTN MANAGING AGENT<br>103 N 1ST STREET<br>ROCKWALL   TX 75087-3033 |
| STAR IMAGING<br>ATTN MANAGING AGENT<br>5333 HENNEMAN DRIVE<br>NORFOLK   VA 23513-2401 | STAR IMAGING UROLOGY OF VA<br>ATTN MANAGING AGENT<br>225 CLEARFIELD AVE<br>VIRGINIA BEACH   VA 23462-1815 | (P)STATE OF ALABAMA DEPARTMENT OF REVENUE<br>P O BOX 320001<br>MONTGOMERY AL 36132-0001 |
| SURGERY CENTER OF FAIRBANKS<br>ATTN MANAGING AGENT<br>2310 PEGER ROAD<br>FAIRBANKS   AK 99709-5305 | TECH CARE XRAY   LLC<br>ATTN MANAGING AGENT<br>106 W 5TH AVE<br>TALLAHASSEE   FL 32303-6125 | TECHNOLOGOUS   AZURE<br>ATTN MANAGING AGENT<br>4040 HWY 6 S   SUITE 200<br>COLLEGE STATION   TX 77845-8902 |
| ~~EXCLUDE~~<br>~~(D)THE ODC~~<br>~~ATTN MANAGING AGENT~~<br>~~3405 COLLEGE STREET~~<br>~~BEAUMONT   TX 77701-4613~~ | THOMPSON MEDICAL CLINIC<br>17941 ALBERTA STREET<br>ONEIDA   TN 37841-3921 | TOP OF TEXAS ORTHOPEDICS<br>ATTN MANAGING AGENT<br>11419 MATHIS AVE 208<br>DALLAS   TX 75234-9423 |
| TOTAL ACCESS URGENT CARE<br>ATTN MANAGING AGENT<br>13861 MANCHESTER ROAD<br>BALLWIN   MO 63011-4503 | TYLER INTERNAL MEDICINE<br>ATTN MANAGING AGENT<br>1910 ROSELAND BLVD<br>TYLER   TX 75701-4246 | ~~EXCLUDE~~<br>~~(U)TYLER INTERNAL MEDICINE~~<br>~~ATTN MANAGING AGENT~~<br>~~1920 ROSEDALE TYLER~~ |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~1760 A PARKWOOD BLVD~~<br>~~WILSON   NC 27893-3588~~ | US SMALL BUSINESS ADMINISTRATION<br>ATTN MANAGING AGENTBANKRUPTCY<br>6302 FAIRVIEW ROAD   SUITE 300<br>CHARLOTTE   NC 28210-2234 | UNITED STATES ATTORNEY<br>150 FAYETTEVILLE STREET   SUITE 2100<br>RALEIGH   NC 27601-2959 |
| VOXCELL CLOUD   LLC DBA LIFEVOXEL<br>ATTN MANAGING AGENT<br>263 TRESSER BLVD   9TH FLOOR<br>STAMFORD   CT 06901-3236 | WAKE COUNTY TAX ADMINISTRATION<br>ATTN MANAGING AGENTBANKRUPTCY<br>POST OFFICE BOX 2331<br>RALEIGH   NC 27602-2331 | WAKE COUNTY TAX ADMINISTRATION<br>PO BOX 2331<br>RALEIGH   NC 27602-2331 |
| WOMENS CARE ENTERPRISES   LLC<br>ATTNMANAGING AGENT<br>5002 W LEMON ST<br>TAMPA   FL 33609-1104 | ~~EXCLUDE~~<br>~~ALGERNON L BUTLER III~~<br>~~BUTLER   BUTLER   LLP~~<br>~~P O BOX 38~~<br>~~WILMINGTON   NC 28402-0038~~ | DEBTOR<br>STEVEN DALE DEATON<br>12201 BEESTONE LANE<br>RALEIGH   NC 27614-8025 |
| TRAVIS SASSER<br>2000 REGENCY PARKWAY   SUITE 230<br>CARY   NC 27518-8508 | | |