# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
**Raleigh Division**

IN RE:  
Steven Dale Deaton  
*( debtor has no known aliases )*  
12201 Beestone Lane  
Raleigh, NC 27614

CASE NO.: 23–02527–5–PWM

DATE FILED: August 31, 2023

CHAPTER: 7

ORDER CONTINUING HEARING

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that the motion to continue is allowed. The hearing on Trustee's Objection to Exemptions will be rescheduled to a later date set by the court.

DATED: January 9, 2024

Pamela W. McAfee  
United States Bankruptcy Judge