# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:
Steven Dale Deaton
*( debtor has no known aliases )*
12201 Beestone Lane
Raleigh, NC 27614

CASE NO.: 23–02527–5–PWM

DATE FILED: August 31, 2023

CHAPTER: 7

## NOTICE OF CONTINUED HEARING

NOTICE IS HEREBY GIVEN that the hearing has been continued and will be held as indicated below:

DATE:   Tuesday, February 6, 2024
TIME:   01:30 PM
PLACE:  Room 208, 300 Fayetteville Street, Raleigh, NC 27601

to consider and act on the following matters:

Objection to Debtor's Claim of Exemptions filed by Trustee Algernon L. Butler III.

and to transact all other business as may properly come before the court.

DATED: January 24, 2024

Stephanie J. Butler
Clerk of Court