## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| STEVEN DALE DEATON | 23-02527-5-PWM |
| DEBTOR | CHAPTER 7 |

## WITHDRAWAL OF OBJECTION TO CLAIM WITHOUT PREJUDICE

The undersigned Trustee, by and through counsel, hereby withdraws his objection without prejudice to the following claim:

| Proof of Claim No.: | 8 |
|---|---|
| Name and Address of Claimant: | MXR Imaging, Inc.<br>c/o Benjamin S. Morrell, Taft Law<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 |

Dated: February 15, 2024

BUTLER & BUTLER, L.L.P.

 s/Algernon L. Butler, III
Algernon L. Butler, III
Attorneys for the Trustee
NC State Bar No. 20881
P.O. Box 38
Wilmington, NC 28402
Telephone: (910) 762-1908
Email: albutleriii@butlerbutler.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that (s)he is over eighteen (18) years of age, and that the

**WITHDRAWAL OF OBJECTION TO CLAIM WITHOUT PREJUDICE**

in the above captioned case was this day served upon the below named persons as follows:

By electronic service through CM/ECF:

Mr. Travis Sasser
2000 Regency Parkway, Suite 230
Cary, NC 27518

U.S. Bankruptcy Administrator
434 Fayetteville Street, Suite 640
Raleigh, NC 27601

by mailing, postage prepaid, first class mail (or by certified mail, return receipt requested where indicated below) of a copy of such instrument to such persons, parties and/or counsel at the address shown below:

Steven Dale Deaton
12201 Beestone Lane
Raleigh, NC 27614

MXR Imaging, Inc.
c/o Benjamin S. Morrell, Taft Law
111 East Wacker Drive, Suite 2600
Chicago, IL 60601

DATED: February 15, 2024

BUTLER & BUTLER, L.L.P.

s/Algernon L. Butler, III
Algernon L. Butler, III
Attorneys for the Trustee
NC State Bar No. 20881
P.O. Box 38
Wilmington, NC 28402
Telephone: (910) 762-1908
Email: albutleriii@butlerbutler.com