**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

| IN RE: | CASE NO.: |
|---|---|
| STEVEN DALE DEATON | 23-02527-5-PWM |
| DEBTOR | CHAPTER 7 |

### APPLICATION FOR COMPENSATION OF ATTORNEY FOR TRUSTEE AND REIMBURSEMENT OF EXPENSES

NOW COMES the law firm of BUTLER & BUTLER, L.L.P., attorneys for Chapter 7 Trustee in this case, and respectfully requests that the Court enter an order allowing it compensation and reimbursement for services rendered and expenses incurred at the requests of the Trustee and for the benefit of the estate in this case. In support hereof, your applicant shows unto the Court that:

1. The Debtor herein filed a Bankruptcy Petition under Chapter 7 of the Bankruptcy Code on August 31, 2023.

2. An Application to Employ BUTLER & BUTLER, L.L.P. as attorneys for the Trustee was filed on October 6, 2023 and an order was duly entered approving same on October 24, 2023.

3. The biographical information of all attorneys and legal assistants who have rendered services to the Trustee for which compensation is requested herein is attached as Exhibit A.

4. All services for which compensation is requested were performed for and on behalf of the Trustee. This attorney has received no prior compensation in connection with the legal services provided in this bankruptcy estate and has received no prior reimbursement of out of pocket expenses.

5. No payments have been guaranteed or promised to anyone and this applicant has not shared and no agreement exists for this applicant to share any part of any compensation with any other person.

6. The attorney for Trustee's normal hourly billing rate is substantially in excess of that billed to the Trustee herein. Attorney time has been billed at a maximum of $285 per hour from January 2013 through December 2015, $325 per hour from January 2016 through August 2021, and $375 per hour from September 2021 forward. Paralegal time has been billed at a maximum of $120 per hour from January 2013 through December 2015, $150 per hour from January 2016 through August 2021, and $175 per hour from September 2021 forward. Generally, time is kept in minimum increments of tenths of an hour. Expenses incurred have been billed. Copies and incoming faxes have been billed at $ 0.20 per page, and mileage at an amount believed to be equal to or lesser than allowed pursuant to Internal Revenue Services allowances. Long distance telephone charges are not billed to the firm on an itemized basis - therefore, long distance telephone calls have not been billed. Overnight delivery services have been used only when expediency was reasonable or necessary and may have been billed at the flat rate of $20 per delivery which amount may be slightly more or less than the actual charge. The firm utilizes Westlaw and Lexis, computer

assisted research programs which save substantial research time, and the charges for these services have been billed if and when they are employed on the case.

7. The services rendered and expenses incurred are itemized on the attached Exhibit B. The total time expended of the undersigned and the law firm in this bankruptcy case consists of approximately 56.9 hours as shown on the professional summary reflected on the last page of the attached Exhibit B. The total amount of compensation requested is $17,487.50, and the total amount of reimbursement requested is $938.01, which figures are also shown on Exhibit B. All services and expenses for which compensation and reimbursement are requested are believed to be reasonable and necessary in the administration of this case.

WHEREFORE, your applicant respectfully requests the Court to allow it compensation in this case in the amount of $17,487.50 as Attorney for Trustee, together with the additional sum of $938.01 for reimbursement of expenses incurred in connection with this case.

Dated: April 25, 2025

BUTLER & BUTLER, L.L.P.

s/Algernon L. Butler, III
Algernon L. Butler, III,
Attorneys for the Trustee
NC State Bar No. 20881
P.O. Box 38
Wilmington, NC 28402
Telephone: (910) 762-1908
Facsimile: (910) 762-9441
Email: albutleriii@butlerbutler.com

# EXHIBIT A

## BIOGRAPHIES

**Attorneys**

Algernon L. Butler, III is a partner in the law firm of Butler & Butler, LLP in Wilmington, North Carolina. He graduated from the University of North Carolina at Chapel Hill (B.A. 1990; J.D. with Honors 1994), and in law school served on the staff of the North Carolina Law Review. After law school, Mr. Butler served as a law clerk to the Honorable Frank W. Bullock, Jr., Chief U.S. District Judge for the Middle District of North Carolina in Greensboro from 1994 to 1995, and to the Honorable William L. Stocks, Chief U.S. Bankruptcy Judge for the Middle District of North Carolina in Greensboro from 1995 to 1996. He is a member of the Bankruptcy Section of the N.C. Bar Association for which he served as a Director from 2000 - 2003 and from 2007 – 2020, has served as a member of its Nominating Committee and the Chairman of its Exemption Revision Committee, and has served as a member of the Program Planning Committee of the Annual Bankruptcy Institute of the N.C. Bar Foundation on numerous occasions and held the position of Program Planner for the 24th Annual Bankruptcy Institute in 2001. He served on the Local Rules Committee for the U.S. Bankruptcy Court for the Eastern District of North Carolina for many years, and continues to serves on the panel of Chapter 7 Trustees for that court. Mr. Butler has served as Chapter 11 trustee and receiver in numerous proceedings in federal and state courts, represents debtors and creditors in both consumer and business cases including Chapter 11 reorganizations, regularly prosecutes and defends bankruptcy litigation on behalf of Chapter 7 trustees and other clients, and is recognized by the N.C. State Bar Board of Legal Specialization and by the American Board of Certification as a Specialist in both Business and Consumer Bankruptcy Law.

**Paralegals / Legal Assistants**

Lori Harvey is a Legal Assistant for the law firm of Butler & Butler, L.L.P. She previously worked with St. John's Episcopal Church as their Financial Administrator for thirteen years prior to joining Butler & Butler, L.L.P.

Karen Corbett is the office administrator and a legal assistant for the law firm of Butler & Butler, L.L.P. She worked as an office administrator for twenty-two years prior to joining Butler & Butler, L.L.P.

# EXHIBIT B

**BUTLER & BUTLER, L.L.P.**
**ATTORNEYS AT LAW**
**P. O. Box 38**
**Wilmington, North Carolina 28402**
**(910) 762-1908**
**EIN: 60-0000067**

Invoice submitted to:

Steven D. Deaton
12201 Beestone Lane
Raleigh, NC 27614-8025

April 25, 2025

Invoice # 10227

For Services Rendered

| Date | | Professional Services Rendered: | Hours/Rate | Amount |
|---|---|---|---|---|
| 10/06/2023 | KC | Finalization and E-filing of Trustee's Application to Employ Attorney with court. | 0.20 $175.00 | $35.00 |
| 10/06/2023 | LH | Preparation of application to employ attorney for trustee. | 0.10 $175.00 | $17.50 |
| 11/03/2023 | AL3 | Review of file regarding objection to exemptions, correspondence to paralegal regarding objection to exemptions, review and revision of objection. | 0.50 $375.00 | $187.50 |
| 11/03/2023 | LH | Preparation, finalization and E-filing of objection to exemptions with court. | 0.20 $175.00 | $35.00 |
| 11/06/2023 | AL3 | Review of filed objection to exemptions. | 0.10 | No Charge |
| 11/07/2023 | AL3 | Review and analysis of banks statements in connection with objection to exemptions and other legal issues and preparation of tasks and strategy. | 1.00 $375.00 | $375.00 |
| 11/10/2023 | AL3 | Review of file and preparation of correspondence to debtor's counsel regarding potential compromise of non-exempt equity. | 0.30 $375.00 | $112.50 |
| 11/13/2023 | KC | Finalization and E-filing of Application to Employ Auctioneer/Broker and Order with court. | 0.10 $175.00 | $17.50 |
| 11/14/2023 | LH | Preparation, finalization and E-filing of supplement to application to employ auctioneer with court. | 0.10 $175.00 | $17.50 |
| 11/22/2023 | AL3 | Review of file and analysis of legal issues including objection to exemptions and strategy, correspondence to debtor's counsel regarding potential compromise. | 1.20 $375.00 | $450.00 |
| 11/27/2023 | LH | Review and processing of notice of hearing on Trustee's objection to Debtor's claim of exemptions, calendaring of hearing, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 11/29/2023 | AL3 | Review of MXR's nondischargeability complaint. | 0.20 $375.00 | $75.00 |
| 11/29/2023 | AL3 | Review of Chapter 11 proceedings in related corporate case and analysis of potential avoidance actions, notes to file. | 0.50 $375.00 | $187.50 |

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 12/04/2023 | AL3 | Revision of motion for extension of time to object to debtor's discharge and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 12/04/2023 | LH | Preparation, finalization and E-filing of motion to extend time to object to discharge with court. | 0.20 $175.00 | $35.00 |
| 12/05/2023 | AL3 | Review of correspondence from debtor's counsel regarding request for extension of time to object to discharge and continuance of hearing and instructions to paralegal regarding motion. | 0.10 $375.00 | $37.50 |
| 12/05/2023 | LH | Preparation of motion to continue hearing on Trustee's objection to Debtor's claim of exemptions. | 0.10 $175.00 | $17.50 |
| 12/05/2023 | LH | Finalization and E-filing of motion to continue hearing on Trustee's objection to exemptions with court. | 0.10 $175.00 | $17.50 |
| 12/06/2023 | AL3 | Review and analysis of volume of information and documents provided by debtors and their counsel relevant to potential recovery of fraudulent transfers, objection to exemptions and undisclosed assets, beginning preparation of Rule 2004 motion. | 5.80 $375.00 | $2,175.00 |
| 12/06/2023 | LH | Review and processing of order on motion to continue hearing, revision to calendar, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 12/07/2023 | AL3 | Review and reply to correspondence from debtor's counsel regarding Rule 2004 motion for production. | 0.10 $375.00 | $37.50 |
| 12/07/2023 | AL3 | Review of order allowing extension of time to object to discharge. | 0.10 $375.00 | $37.50 |
| 12/07/2023 | AL3 | Preparation of motion for Rule 2004 production of documents. | 0.80 $375.00 | $300.00 |
| 12/07/2023 | LH | Review and processing of order extending deadline to object to discharge, revision of calendar, and notes to attorney. | 0.10 | No Charge |
| 12/07/2023 | LH | Finalization and E-filing of motion for production of documents with court. | 0.30 $175.00 | $52.50 |
| 12/12/2023 | AL3 | Review of order allowing Rule 2004 production and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 12/12/2023 | LH | Review and processing of Rule 2004 Production Order, calendaring of deadline, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 12/27/2023 | AL3 | Review of large volume of documents produced by debtor pursuant to Rule 2004 and beginning analysis of the same. | 2.50 $375.00 | $937.50 |
| 12/27/2023 | LH | Preparation of notice of sale. | 0.10 $175.00 | $17.50 |
| 12/28/2023 | LH | Correspondence with Mr. Deaton and Mike Gurkins regarding issues with jet ski and jet ski trailer title issues, and notes to attorney. | 0.20 $175.00 | $35.00 |
| 12/28/2023 | LH | Finalization and E-filing of notice of proposed sale and compensation of auctioneer with court. | 0.10 $175.00 | $17.50 |
| 12/29/2023 | AL3 | Review of volume of bank statements and information provided and analysis and accounting of funds subject to objection to exemptions and property of Chapter 7 estate, notes to file and correspondence to debtor's counsel requesting additional | 2.80 $375.00 | $1,050.00 |

information.

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/01/2024 | AL3 | Review and reply to correspondence and spreadsheet from Sasser regarding pre-petition commissions, analysis of same and correspondence to attorney requesting turnover of non-exempt commissions. | 0.30 $375.00 | $112.50 |
| 1/02/2024 | AL3 | Correspondence and instructions to paralegal regarding preparation for hearing on objection to exemptions and analysis and accounting needed. | 0.20 $375.00 | $75.00 |
| 1/03/2024 | LH | Preparation of spreadsheets regarding Debtor's bank accounts and 60 day wage exemption, and notes to attorney. | 0.50 $175.00 | $87.50 |
| 1/04/2024 | LH | Review and processing of documents provided by Debtor, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 1/05/2024 | AL3 | Review of valuation of guns and potential method for resolution of objection to exemptions, review of multiple documents provided by debtors and analysis of exempt property and analysis of issues regarding non-exempt bank funds. | 0.50 $375.00 | $187.50 |
| 1/05/2024 | AL3 | Beginning review of spreadsheet on exempt and non-estate funds and instructions to paralegal. | 0.20 $375.00 | $75.00 |
| 1/05/2024 | LH | Revisions to spreadsheet regarding Debtor's bank accounts and 60 day wage exemption, and notes to attorney. | 0.40 $175.00 | $70.00 |
| 1/08/2024 | AL3 | Review and revision of spreadsheet and accounting and tracing of estate, non-estate, and non-exempt funds, correspondence to opposing counsel regarding potential resolution of objection to exemptions. | 2.30 $375.00 | $862.50 |
| 1/09/2024 | AL3 | Revision of motion for continuance of hearing and correspondence to opposing counsel regarding same. | 0.20 $375.00 | $75.00 |
| 1/09/2024 | AL3 | Review and reply to correspondence from bankruptcy court regarding potential continuance of hearing. | 0.10 $375.00 | $37.50 |
| 1/09/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 1/09/2024 | LH | Preparation of motion to continue hearing on Trustee's objection to Debtor's claim of exemptions. | 0.10 $175.00 | $17.50 |
| 1/09/2024 | LH | Finalization and E-filing of motion to continue hearing on Trustee's objection to Debtor's exemptions with court. | 0.10 $175.00 | $17.50 |
| 1/10/2024 | AL3 | Review of order continuing hearing on objection to exemptions. | 0.10 $375.00 | $37.50 |
| 1/10/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 1/12/2024 | KC | Review of returned mail - efiling of notice of same. | 0.20 | No Charge |
| 1/12/2024 | LH | Review claims in case and preparation of recommendation to Trustee regarding potential objections. | 1.20 $175.00 | $210.00 |
| 1/15/2024 | AL3 | Review of claims and analysis of objections to claims and instructions to paralegal. | 0.70 $375.00 | $262.50 |

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/16/2024 | AL3 | Review and revisions to objections to claims, execution of same and instructions to paralegal. | 0.30 $375.00 | $112.50 |
| 1/16/2024 | LH | Preparation of multiple objections to claims, and notes to attorney. | 1.20 $175.00 | $210.00 |
| 1/16/2024 | LH | Finalization and E-filing of multiple objections to claims with court. | 1.30 $175.00 | $227.50 |
| 1/18/2024 | KC | Review of returned mail - efiling of notice of same. | 0.50 | No Charge |
| 1/19/2024 | LH | Telephone conference with BOA regarding payoff and title issues with vehicle to be sold at auction, and notes to attorney. | 0.20 $175.00 | $35.00 |
| 1/23/2024 | AL3 | Review of proof of claim and instructions to paralegal regarding preparation of objection. | 0.10 $375.00 | $37.50 |
| 1/23/2024 | LH | Preparation of objection to claim #14. | 0.10 $175.00 | $17.50 |
| 1/24/2024 | AL3 | Review and approval of objection to claim and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 1/24/2024 | LH | Finalization and E-filing of objection to claim #14 with court. | 0.10 $175.00 | $17.50 |
| 1/25/2024 | LH | Review and processing of notice of rescheduled hearing, revisions to calendar, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 1/26/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 1/29/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 1/30/2024 | LH | Notarize title for Fleetwood Motor Home, and preparation of correspondence to auctioneer regarding title to motor home to be sold at February 2, 2024 auction. | 0.10 | No Charge |
| 1/31/2024 | AL3 | Review of amendment to Bluevine claim and instructions to paralegal regarding objection. | 0.10 $375.00 | $37.50 |
| 1/31/2024 | LH | Review and processing of amended claim #9 and notes to attorney regarding same. | 0.10 $175.00 | $17.50 |
| 2/01/2024 | AL3 | Review of correspondence from debtor's counsel regarding objection to exemptions and requesting caselaw, legal research regarding issues of exemptions, ownership of tax refunds and bank balances. | 1.30 $375.00 | $487.50 |
| 2/01/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 2/02/2024 | AL3 | Review of file and completion of caselaw research on exemption issues and preparation of correspondence to opposing counsel regarding potential resolution. | 0.90 $375.00 | $337.50 |
| 2/02/2024 | LH | Preparation, finalization and E-filing of motion for extension of time to object to discharge with court. | 0.20 $175.00 | $35.00 |
| 2/05/2024 | AL3 | Review and reply to correspondence from debtor's counsel regarding resolution of objection to exemptions and correspondence to bankruptcy court regarding settlement of same. | 0.20 $375.00 | $75.00 |

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/05/2024 | AL3 | Review and reply to multiple correspondence from courtroom deputy and Phillip Sasser regarding hearing and potential resolution of objection to exemptions. | 0.10 $375.00 | $37.50 |
| 2/05/2024 | AL3 | Review of amendment to claim 8 and pending adversary proceeding filed by MXR, notes to file regarding affect on objection to claims. | 0.30 $375.00 | $112.50 |
| 2/06/2024 | AL3 | Appearance in bankruptcy court and announcement of resolution of objection to exemptions. | 0.10 $375.00 | $37.50 |
| 2/07/2024 | LH | Review and processing of Order extending deadline to object to discharge, revisions to calendar, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 2/12/2024 | AL3 | Review and reply to correspondence from attorney for MXR regarding request for remote hearing on objection to claim. | 0.10 $375.00 | $37.50 |
| 2/12/2024 | LH | Preparation of Report of Sale, and notes to attorney. | 0.30 $175.00 | $52.50 |
| 2/13/2024 | AL3 | Review of order allowing extension of time to object to discharge. | 0.10 $375.00 | $37.50 |
| 2/13/2024 | AL3 | Review and reply to correspondence from attorney for MXR regarding potential resolution of objection to claim. | 0.10 $375.00 | $37.50 |
| 2/13/2024 | LH | Review and processing of notice of hearing on Obj. to Claim #8 of MXR Imaging, calendaring of hearing, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 2/14/2024 | AL3 | Review and reply to correspondence from MXR's attorney regarding objection to claim, instructions to paralegal regarding preparation of withdrawal of objection without prejudice. | 0.30 $375.00 | $112.50 |
| 2/15/2024 | LH | Finalization and E-filing of withdrawal of objection to claim #8 with court. | 0.10 $175.00 | $17.50 |
| 2/15/2024 | LH | Finalization and E-filing of report of sale and application to compensate auctioneer with court. | 0.20 $175.00 | $35.00 |
| 2/15/2024 | LH | Preparation of withdrawal of objection to claim #8. | 0.10 $175.00 | $17.50 |
| 2/16/2024 | AL3 | Review of file and preparation of settlement agreement and motion for compromise of controversy regarding objection to exemptions and non-exempt equity. | 1.50 $375.00 | $562.50 |
| 2/19/2024 | AL3 | Review and reply to correspondence from attorney for MXR regarding potential objection to claim and liquidation of amount. | 0.20 $375.00 | $75.00 |
| 2/19/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 2/22/2024 | LH | Preparation of withdrawal of objection to proof of claim # 9. | 0.10 $175.00 | $17.50 |
| 2/22/2024 | LH | Finalization and E-filing of withdrawal of objection to claim #9 with court. | 0.10 $175.00 | $17.50 |
| 2/26/2024 | AL3 | Review of multiple orders allowing objections to claims and instructions to paralegal. | 0.10 $375.00 | $37.50 |

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 2/27/2024 | LH | Notarize title for Mercedes, and preparation of correspondence to auctioneer regarding same. | 0.10 | No Charge |
| 3/01/2024 | AL3 | Review of correspondence from debtor's counsel and file regarding motion to compromise exemption issues, preparation of reply correspondence to debtor's counsel regarding terms. | 0.40 $375.00 | $150.00 |
| 3/01/2024 | AL3 | Review of debtor's payment pursuant to order authorizing compromise and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 3/01/2024 | AL3 | Review of correspondence from debtor's counsel regarding debtor's acceptance of terms and consummation of settlement. | 0.10 $375.00 | $37.50 |
| 3/01/2024 | AL3 | Review of order allowing objection to claim and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 3/11/2024 | AL3 | Review and reply to correspondence from bankruptcy clerk regarding status of objection to exemptions, review of file and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 3/11/2024 | AL3 | Revision of motion for compromise and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 3/11/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 3/11/2024 | LH | Finalization and E-filing of motion for compromise with Debtor with court. | 0.10 $175.00 | $17.50 |
| 3/20/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 4/02/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 4/04/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 4/05/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 4/08/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 4/10/2024 | AL3 | Review of order authorizing compromise and instructions to paralegal regarding payment of settlement funds. | 0.10 $375.00 | $37.50 |
| 5/22/2024 | AL3 | Review of correspondence from paralegal regarding debtor's request for payment of exemption, review of file and correspondence to debtor's attorney regarding same. | 0.30 $375.00 | $112.50 |
| 6/10/2024 | AL3 | Review of correspondence from debtor's counsel regarding claim of exemption in vehicle and demand for payment, review of file and correspondence to auctioneer regarding same and reply to debtor's counsel. | 0.30 $375.00 | $112.50 |
| 6/10/2024 | AL3 | Preparation of correspondence to Sasser regarding potential amendment of exemptions. | 0.20 $375.00 | $75.00 |
| 6/11/2024 | AL3 | Review and reply to correspondence from debtor's counsel regarding sale of vehicle and entitlement to exemptions. | 0.30 $375.00 | $112.50 |
| 6/13/2024 | AL3 | Review of debtor's motion to show cause, telephone conference with bankruptcy administrator regarding same and beginning preparation of response to motion to show cause. | 0.50 $375.00 | $187.50 |

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 6/13/2024 | LH | Preparation of response to Debtor's motion for show cause. | 0.50 $175.00 | $87.50 |
| 6/14/2024 | LH | Revisions to response to Debtor's motion for show cause, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 6/17/2024 | AL3 | Revision and continued preparation of response to motion for show cause regarding sale of vehicle. | 1.20 $375.00 | $450.00 |
| 6/18/2024 | AL3 | Review and revision of response to motion to show cause. | 0.80 $375.00 | $300.00 |
| 6/18/2024 | KC | Finalization and E-filing of Trustee's Response to Debtor's Motion for Show Cause with court. | 0.10 $175.00 | $17.50 |
| 6/18/2024 | LH | Review of BA's response to Deaton's Motion for Show Cause and notice of hearing, calendaring of hearing, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 6/20/2024 | AL3 | Review of debtor's motion to restrict public access. | 0.10 $375.00 | $37.50 |
| 6/21/2024 | LH | Review of Debtor's bank statements regarding potential preferential transfers, and notes to attorney. | 1.20 $175.00 | $210.00 |
| 6/24/2024 | AL3 | Correspondence to Court Room Deputy regarding hearing on motion to show cause and request for participation remotely. | 0.20 $375.00 | $75.00 |
| 6/25/2024 | AL3 | Review of court order granting motion to restrict public access. | 0.10 | No Charge |
| 6/26/2024 | AL3 | Review of debtor's amended claim of exemptions and instructions to paralegal. | 0.10 $375.00 | $37.50 |
| 7/01/2024 | AL3 | Review of order denying motion for show cause. | 0.10 $375.00 | $37.50 |
| 7/05/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 8/06/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 8/08/2024 | AL3 | Review of file and status of objections to claims and related adversary proceedings and notes to file regarding strategy. | 0.20 $375.00 | $75.00 |
| 10/15/2024 | KC | Review of returned mail - efiling of notice of same. | 0.10 | No Charge |
| 10/28/2024 | AL3 | Review of documents and information produced by debtor in response to Rule 2004 order, analysis of potential avoidable transfers, preparation of motion for Rule 2004 production as to Bank of America. | 2.70 $375.00 | $1,012.50 |
| 10/28/2024 | KC | Finalization and E-filing of Motion for production of Documents and information Rule 2004 with court. | 0.20 $175.00 | $35.00 |
| 10/31/2024 | AL3 | Review and approval and execution of subpoena on Rule 2004 order and instructions to paralegal regarding service. | 0.10 $375.00 | $37.50 |
| 10/31/2024 | LH | Review and processing of order for production of documents, calendaring of deadline, preparation of subpoena, and notes to attorney. | 0.20 $175.00 | $35.00 |
| 10/31/2024 | LH | Service of subpoena on Bank of America. | 0.10 $175.00 | $17.50 |
| 11/01/2024 | AL3 | Review and reply to correspondence from Bank of America regarding Rule 2004 order and subpoena. | 0.10 $375.00 | $37.50 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 11/05/2024 | AL3 | Review of correspondence from debtor's counsel regarding 2023 tax refund and estate's allocation, review of tax return and analysis of issues, correspondence to Sasser regarding same and requesting information, notes to file. | 0.40 $375.00 | $150.00 |
| 11/07/2024 | AL3 | Review of correspondence and documents from debtor's counsel to analysis estate's allocation of tax refund, review of caselaw and analysis of issues and preparation of accounting. | 1.50 $375.00 | $562.50 |
| 11/08/2024 | AL3 | Preparation of correspondence to debtor's counsel regarding allocation of straddle year tax refund and request for turn over. | 0.10 $375.00 | $37.50 |
| 11/14/2024 | AL3 | Review of file and correspondence to debtor's counsel regarding allocation of tax refund and requesting turnover. | 0.10 $375.00 | $37.50 |
| 11/21/2024 | AL3 | Review and reply to correspondence from Phillip Sasser regarding payment of tax refund. | 0.10 $375.00 | $37.50 |
| 11/22/2024 | LH | Review of correspondence from BOA regarding 2004 production, processing of documents, and notes to attorney. | 0.10 $175.00 | $17.50 |
| 1/08/2025 | AL3 | Review of file and correspondence to debtor's counsel regarding estate's interest in tax refund and demanding same. | 0.10 $375.00 | $37.50 |
| 1/08/2025 | AL3 | Review of file and analysis of potential avoidable transfers and correspondence to BA regarding same. | 0.50 $375.00 | $187.50 |
| 1/10/2025 | AL3 | Telephone conference with BA regarding potentially avoidable payments to Sasser firm, correspondence to Philip Sasser regarding same. | 0.90 $375.00 | $337.50 |
| 1/28/2025 | AL3 | Review and reply to correspondence from debtor's counsel regarding potential avoidance of fraudulent transfers. | 0.10 $375.00 | $37.50 |
| 2/04/2025 | AL3 | Review of file in preparation for call with debtor's counsel regarding attorneys fees paid by debtor for corporate case and bankruptcy rules and disclosures, conference call with Phillip Sasser regarding same and notes to file. | 0.40 $375.00 | $150.00 |
| 2/05/2025 | AL3 | Review of file and proceedings in AP relevant to objection to claim of MXR, correspondence to it's counsel regarding objection to claim and potential resolution. | 0.30 $375.00 | $112.50 |
| 2/07/2025 | AL3 | Review of correspondence from MXR's attorney regarding amendment of claim to avoid objection. | 0.10 $375.00 | $37.50 |
| 2/20/2025 | AL3 | Review of file and correspondence to attorney for MXR regarding potential objection or amendment to claim. | 0.10 $375.00 | $37.50 |
| 2/21/2025 | AL3 | Review of MXR's amended proof of claim. | 0.10 $375.00 | $37.50 |
| 2/24/2025 | LH | Review of amended claim filed by MXR Imaging, Inc, and notes to attorney. | 0.10 | No Charge |
| 3/12/2025 | LH | Review of file including review for legal issues and beginning review of fee application. | 1.00 $175.00 | $175.00 |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/17/2025 | AL3 | Review of fee application and revision and finalization of same. | 0.50<br>$375.00 | $187.50 |
| 3/17/2025 | LH | Continued review of file for legal issues and finalization of fee application. | 0.20<br>$175.00 | $35.00 |
| 3/18/2025 | LH | Final review of file for legal issues and revisions to fee applications. | 1.20<br>$175.00 | $210.00 |
| | | Total for Professional Services: | 56.90 | $17,487.50 |

| Date | Expenses Advanced: | Qty/Price | Amount |
|---|---|---|---|
| 10/06/2023 | Copies. | 2.00<br>$0.20 | $0.40 |
| 10/06/2023 | Postage. | 1.00<br>$0.63 | $0.63 |
| 11/03/2023 | Copies. | 6.00<br>$0.20 | $1.20 |
| 11/03/2023 | Postage. | 3.00<br>$0.63 | $1.89 |
| 11/13/2023 | Copies. | 4.00<br>$0.20 | $0.80 |
| 11/13/2023 | Postage. | 2.00<br>$0.63 | $1.26 |
| 11/14/2023 | Copies. | 2.00<br>$0.20 | $0.40 |
| 11/14/2023 | Postage. | 1.00<br>$0.63 | $0.63 |
| 12/04/2023 | Copies. | 2.00<br>$0.20 | $0.40 |
| 12/04/2023 | Postage. | 2.00<br>$0.63 | $1.26 |
| 12/05/2023 | Copies. | 2.00<br>$0.20 | $0.40 |
| 12/05/2023 | Postage. | 2.00<br>$0.63 | $1.26 |
| 12/07/2023 | Copies. | 6.00<br>$0.20 | $1.20 |
| 12/07/2023 | Postage. | 1.00<br>$0.63 | $0.63 |
| 12/28/2023 | Copies. | 2.00<br>$0.20 | $0.40 |
| 12/28/2023 | Postage. | 1.00<br>$0.63 | $0.63 |
| 12/28/2023 | Certificateofservice.com fees for postage and printing. | 1.00<br>$212.92 | $212.92 |
| 1/12/2024 | Postage. | 1.00<br>$0.63 | $0.63 |

| Date | Description | Quantity / Rate | Amount |
|---|---|---|---|
| 1/16/2024 | Copies. | 32.00 / $0.20 | $6.40 |
| 1/16/2024 | Postage. | 5.00 / $0.63 | $3.15 |
| 1/16/2024 | Postage. | 1.00 / $1.11 | $1.11 |
| 1/16/2024 | Postage - CM/RRR | 3.00 / $8.53 | $25.59 |
| 1/24/2024 | Copies. | 4.00 / $0.20 | $0.80 |
| 1/24/2024 | Postage. | 2.00 / $0.64 | $1.28 |
| 1/30/2024 | Express Mail - approx. charge - mail title to Gurkins. | 1.00 / $10.15 | $10.15 |
| 2/01/2024 | Westlaw - Electronic Legal Research. | 1.00 / $43.80 | $43.80 |
| 2/02/2024 | Copies. | 2.00 / $0.20 | $0.40 |
| 2/02/2024 | Postage. | 2.00 / $0.64 | $1.28 |
| 2/06/2024 | Express Mail | 1.00 / $27.52 | $27.52 |
| 2/15/2024 | Copies. | 2.00 / $0.20 | $0.40 |
| 2/15/2024 | Postage. | 2.00 / $0.64 | $1.28 |
| 2/15/2024 | Copies. | 35.00 / $0.20 | $7.00 |
| 2/15/2024 | Postage. | 1.00 / $2.83 | $2.83 |
| 2/22/2024 | Copies. | 1.00 / $0.20 | $0.20 |
| 2/22/2024 | Postage. | 1.00 / $0.64 | $0.64 |
| 2/27/2024 | Express Mail | 1.00 / $30.64 | $30.64 |
| 3/11/2024 | Certificateofservice.com fees for postage and printing. | 1.00 / $222.60 | $222.60 |
| 5/30/2024 | Postage. | 1.00 / $0.64 | $0.64 |
| 10/28/2024 | Copies. | 5.00 / $0.20 | $1.00 |
| 10/28/2024 | Postage. | 1.00 / $0.69 | $0.69 |
| 10/31/2024 | Postage. | 1.00 / $0.97 | $0.97 |
| 3/12/2025 | Copies. | 87.00 / $0.20 | $17.40 |

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 3/17/2025 | Service of approved Final Report and distribution of funds (anticipated expense). | 1.00 | $303.30 | $303.30 |

|  |  |
|---|---|
| **Total Expenses:** | $938.01 |
| **New Charges:** | $18,425.51 |
| **Previous Balance:** | $0.00 |
| **Payments and Credits:** |  |
| Total Payments and Credits Applied: | $0.00 |
| **BALANCE DUE - PLEASE PAY THIS AMOUNT:** | **$18,425.51** |

**Professional Summary:**

| Name | Code | Hours | | Rate | | | Total |
|---|---|---|---|---|---|---|---|
| A. L. Butler III | AL3 | 40.10 hrs. | x | $375.00 | /hr. | = | $15,037.50 |
| A. L. Butler III | AL3 | 0.20 hrs. | x | $0.00 | /hr. | = | $0.00 |
| Karen Corbett | KC | 0.60 hrs. | x | $175.00 | /hr. | = | $105.00 |
| Karen Corbett | KC | 2.20 hrs. | x | $0.00 | /hr. | = | $0.00 |
| Lori Harvey | LH | 13.40 hrs. | x | $175.00 | /hr. | = | $2,345.00 |
| Lori Harvey | LH | 0.40 hrs. | x | $0.00 | /hr. | = | $0.00 |