# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| STEVEN DALE DEATON | 23-02527-5-PWM |
| DEBTOR | CHAPTER 7 |

## TRUSTEE'S REQUEST FOR COMMISSION AND REIMBURSEMENT OF EXPENSES

The undersigned Trustee in the above Chapter 7 case respectfully petitions the Court for allowance of trustee's commissions and for reimbursement of out of pocket expenses, and shows in support thereof:

1. The applicant was appointed as interim trustee, subsequently served as trustee in this case, and has served continuously from initial date of appointment until the present.

2. This Trustee has complied with all the provisions of the Bankruptcy Code, the Bankruptcy Rules, and other laws, regulations and administrative orders dealing with the duties of a trustee, has discharged the duties of the trustee in a prompt and efficient manner and has otherwise complied with all other duties of a trustee as set forth in § 704 of the Bankruptcy Code.

3. This estate has consisted of collection of assets and distribution of moneys in the amount of $72,858.23, which figure excludes fully encumbered property and exemption amounts allowed to the Debtor. The trustee's commissions which are allowable on this amount pursuant to Bankruptcy Code § 326(a) amount to $6,892.91. The Trustee believes that this sum is fair and reasonable in this case and should be allowed as trustee's commissions.

4. The Trustee has also advanced out of pocket expenses in the amount of $0.00 as itemized on the attached list of expenses.

5. This Trustee has received no prior compensation in connection with his services provided this bankruptcy estate and has received no prior reimbursement of out of pocket expenses. No payments have been guaranteed or promised to anyone and this applicant has not shared and no agreement exists for this applicant to share any part of any compensation with any other person.

Dated: April 25, 2025

                                               s/Algernon L. Butler, III
                                               Algernon L. Butler, III, Chapter 7 Trustee
                                               111 North Fifth Avenue
                                               Wilmington, NC  28401
                                               Telephone: (910) 762-1908
                                               Facsimile: (910) 762-9441
                                               Email: albutleriii@butlerbutler.com