# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

In Re:  §
　　　　§
STEVEN DALE DEATON  §　　Case No. 23-02527-5-PWM
　　　　§
　　　　Debtor  §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

　　1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/31/2023.   The undersigned trustee was appointed on 09/04/2023.

　　2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

　　3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4.  The trustee realized gross receipts of | $ | 81,974.41 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 7,617.74 |
| Bank service fees | 76.06 |
| Other payments to creditors | 16,633.82 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 9,116.18 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 48,530.61 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/11/2024 and the deadline for filing governmental claims was N/A. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,892.91. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $6,892.91, for a total compensation of $6,892.91[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:05/29/2025_____ By:/s/Algernon L. Butler, III_____
                                                      Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-02527 | PWM | Judge: | Pamela W. McAfee | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN DALE DEATON | | | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| | | | | | 341(a) Meeting Date: | 10/04/2023 |
| For Period Ending: | 05/29/2025 | | | | Claims Bar Date: | 01/11/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1.  12201 Beestone Lane Raleigh NC 27614 Wake | 800,000.00 | 0.00 | | 0.00 | FA | 394,018.26 | 405,981.74 |
| 2.  105 Sugar Ski Drive #555 Banner Elk NC 28604 Avery | 250,000.00 | 0.00 | | 0.00 | FA | 0.00 | 250,000.00 |
| 3.  2017 Mercedes GLC 300 Mileage: 41,000 Resale Value Vin # WDC0J4KB6HR226355  See Asset # 37 - Gross Proceeds from Auction of 02/02/24 Mercedes Gross Proceeds: $20,000.00 Lien paid to BOA: $16,633.82 Claim of Exemption Paid to Debtor: $3,366.18  Debtor amended Sch. C on June 24, 2024, DE 114, to change claimed Wild Card exemption in the amount of $5,000 from this vehicle to his Watch (Asset # 27). | 29,975.00 | 0.00 | | 0.00 | FA | 18,626.00 | 3,500.00 |
| 4.  2021 Ford Bronco Big Bend. Tow. Nav. Mileage: 16,000 Resale Value Vin # 1FMDE5AP1MLA63152 | 38,825.00 | 0.00 | | 0.00 | FA | 43,333.00 | 0.00 |
| 5.  1987 Fleetwood Southwind Mileage: 80000 Resale Value Location: Self-Storage In Wake Forest, Nc  See Asset # 37 - Gross Proceeds from Auction of 02/02/24 Gross Proceeds from Auction: $1,500.00 Lien: $0.00 Exemption: $0.00 | 6,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6.  Jet Ski  Resale Value  Jet Ski and Trailer not registered in Debtor's name. | 8,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7.  Small Kitchen Appliances Resale Value  Per Debtor's Schedule C-1 Market Value = $300.00 - Net Value Shown = $150.00 - 50% Owned | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-02527 | PWM | Judge: | Pamela W. McAfee | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN DALE DEATON | | | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| | | | | | 341(a) Meeting Date: | 10/04/2023 |
| For Period Ending: | 05/29/2025 | | | | Claims Bar Date: | 01/11/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 8. Stove Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $400.00 -<br>Net Value Shown = $200.00 - 50% Owned | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 9. Refrigerator Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $2,000.00 -<br>Net Value Shown = $1,000.00 - 50% Owned | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 10. Washing Machine/Dryer Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $400.00 -<br>Net Value Shown = $200.00 - 50% Owned | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 11. China/Everyday Dishes Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $200.00 -<br>Net Value Shown = $100.00 - 50% Owned | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 12. Silver/Everyday Flatware Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $100.00 -<br>Net Value Shown = $50.00 - 50% Owned | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 13. Living Room Furniture Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $750.00 -<br>Net Value Shown = $375.00 - 50% Owned | 375.00 | 0.00 | | 0.00 | FA | 0.00 | 375.00 |
| 14. Bedroom Furntiture Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $800.00 -<br>Net Value Shown = $400.00 - 50% Owned | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-02527 | PWM | Judge: | Pamela W. McAfee | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|---|---|---|

| Case Name: | STEVEN DALE DEATON | | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
|---|---|---|---|---|---|

341(a) Meeting Date:  10/04/2023

For Period Ending:  05/29/2025      Claims Bar Date:  01/11/2024

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15.  Dining Room Furniture Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $500.00<br>Net Value Shown = $250.00 - 50% Owned | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 16.  Lawn Furniture/Grill Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $200.00 -<br>Net Value Shown = $100.00 - 50% Owned | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 17.  Lawn Mower Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $150.00 -<br>Net Value Shown = $75.00 - 50% Owned | 75.00 | 0.00 | | 0.00 | FA | 0.00 | 75.00 |
| 18.  Tools Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $100.00 -<br>Net Value Shown = $50.00 - 50% Owned | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 19.  Paddle Board Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $700.00 -<br>Net Value Shown = $350.00 - 50% Owned | 350.00 | 0.00 | | 0.00 | FA | 0.00 | 350.00 |
| 20.  Electronics Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $1,000.00 -<br>Net Value Shown = $500.00 - 50% Owned | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 21.  Sports Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $300.00 -<br>Net Value Shown = $150.00 - 50% Owned | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-02527 | PWM | Judge: | Pamela W. McAfee | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN DALE DEATON | | | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| | | | | | 341(a) Meeting Date: | 10/04/2023 |
| For Period Ending: | 05/29/2025 | | | | Claims Bar Date: | 01/11/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a)<br>DA=554(c) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | Lien<br>Amount | Exempt<br>Amount |
| 22.  Kimber Pistol Resale Value<br><br>Per Debtor's Schedule C-1<br>Market Value = $800.00 -<br>Net Value Shown = $400.00 - 50% Owned<br><br>See Asset # 39 (total non-exempt equity in Subject<br>Assets #22, #23, #24, #25 = $2,750.00 per Order<br>Authorizing Compromise of 04/08/2024, DE 102) | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 23.  H&K Pistol<br><br>Per Debtor's Schedule C-1<br>Market Value = $800.00 -<br>Net Value Shown = $400.00 - 50% Owned<br><br>See Asset # 39 (total non-exempt equity in Subject<br>Assets #22, #23, #24, #25 = $2,750.00 per Order<br>Authorizing Compromise of 04/08/2024, DE 102) | 400.00 | 0.00 | | 0.00 | FA | 0.00 | 400.00 |
| 24.  Sig Pistol<br><br>Per Debtor's Schedule C-1<br>Market Value = $1,500.00 -<br>Net Value Shown = $750.00 - 50% Owned<br><br>See Asset # 39 (total non-exempt equity in Subject<br>Assets #22, #23, #24, #25 = $2,750.00 per Order<br>Authorizing Compromise of 04/08/2024, DE 102) | 750.00 | 0.00 | | 0.00 | FA | 0.00 | 750.00 |
| 25.  Shotguns (3)<br><br>Per Debtor's Schedule C-1<br>Market Value = $1,150.00<br>Net Value Shown = $575.00 - 50% Owned<br><br>See Asset # 39 (total non-exempt equity in Subject<br>Assets #22, #23, #24, #25 = $2,750.00 per Order<br>Authorizing Compromise of 04/08/2024, DE 102) | 575.00 | 0.00 | | 0.00 | FA | 0.00 | 450.00 |
| 26.  Clothes Resale Value | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

*Exhibit A*

| | |
|---|---|
| Case No: | 23-02527    PWM |
| Case Name: | STEVEN DALE DEATON |
| For Period Ending: | 05/29/2025 |

| | |
|---|---|
| Judge: | Pamela W. McAfee |
| Trustee Name: | Algernon L. Butler, III |
| Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| 341(a) Meeting Date: | 10/04/2023 |
| Claims Bar Date: | 01/11/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 27. Watch Resale Value<br><br>See Asset # 37 - Gross Proceeds from Auction of 02/02/24<br>Gross Proceeds from Auction: $19,000.00<br>Lien: $0.00<br><br>Debtor claimed $750 exemption in watch. In addition, Debtor amended Sch. C on June 24, 2024, DE 114, to change claimed Wild Card exemption in the amount of $5,000 from his Mercedes (asset # 3) to his watch.<br><br>$5,750 claims of exemption paid to Debtor on July 23, 2024. | 18,000.00 | 0.00 | | 0.00 | FA | 0.00 | 5,750.00 |
| 28. Cash<br><br>See Asset # 39 (total non-exempt equity in Subject Asset # 28, $500, per Order Authorizing Compromise of 04/08/2024, DE 102) | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 29. Truist<br><br>Per Debtor's Schedule C-1<br>$20,128.46 - 50% Owned<br><br>See Asset # 39 (total non-exempt equity in Subject Asset # 28, $15,895.18, per Order Authorizing Compromise of 04/08/2024, DE 102) | 20,128.46 | 0.00 | | 0.00 | FA | 0.00 | 20,128.46 |
| 30. Bank of America (Business Checking) Opened 11/14/24 Post-Filing<br><br>See Asset # 39 (total non-exempt equity in Subject Asset # 28, $124.52, per Order Authorizing Compromise of 04/08/2024, DE 102) | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

*Exhibit A*

| | |  | | | |
|---|---|---|---|---|---|
| Case No: | 23-02527 | PWM | Judge: | Pamela W. McAfee | |

| | |
|---|---|
| Case Name: | STEVEN DALE DEATON |

| | |
|---|---|
| Trustee Name: | Algernon L. Butler, III |
| Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| 341(a) Meeting Date: | 10/04/2023 |
| Claims Bar Date: | 01/11/2024 |

| | |
|---|---|
| For Period Ending: | 05/29/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 31. | Truist  See Asset # 39 (total non-exempt equity in Subject Asset # 28, $3,624.48, per Order Authorizing Compromise of 04/08/2024, DE 102) | 3,624.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 32. | Evohealth LLC | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 33. | John Hancock | 325,000.00 | 0.00 | | 0.00 | FA | 0.00 | 325,000.00 |
| 34. | Deaton Family Trust  See Asset # 39 (total non-exempt equity in Subject Asset # 28 ,$750.00, per Order Authorizing Compromise of 04/08/2024, DE 102) | 375.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 35. | Life Inusrance Insured: Steven Deaton | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 36. | Pre-Petition Employment Commission of Mr. Deaton (u) | 0.00 | 725.00 | | 725.00 | FA | 0.00 | 0.00 |
| 37. | Gross Proceeds from Auction of February 2, 2024  See Asset #'s 3 ($20,000.00), 5 (1,500.00), 27 ($19,000.00) | 0.00 | 40,500.00 | | 40,500.00 | FA | 0.00 | 0.00 |
| 38. | VyStar Acct. # 0662  (u)  See Asset # 39 (total non-exempt equity in Subject Asset # 28, $273.14, per Order Authorizing Compromise of 04/08/2024, DE 102) | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

*Exhibit A*

| Case No: | 23-02527 | PWM | Judge: | Pamela W. McAfee | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|---|---|---|

Case Name: STEVEN DALE DEATON

Date Filed (f) or Converted (c): 08/31/2023 (f)

341(a) Meeting Date: 10/04/2023

For Period Ending: 05/29/2025

Claims Bar Date: 01/11/2024

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 39. Debtors Payment of Non-Exempt Equity Per Order of April 8, 2024, DE 102. (u)<br><br>Subject Assets:<br>• Cash - $500 (Asset # 28 - $500.00)<br>• Bank of America account # 1188 – account in name of Debtor alone, petition date balance = $124.52 (Asset # 30 - $124.52)<br>• Truist account # 4670 – account in name of Debtor and wife, petition date balance = $7,248.95 (Asset # 31 - $3,624.48)<br>• VyStar account # 0662 – account in name of Debtor and wife, petition date balance = $546.27 (See Asset # 38 - $273.14)<br>• Truist account # 9505 – account in name of Debtor and wife, petition date balance = $40,256.91 (Asset # 29 - $15,895.18)<br>• Firearms: Kimber pistol, H&K pistol, Sig pistol, 3 shotguns – valued at $4,250 (Scheduled value of $2,125 x 2) (Asset #'s 22, 23, 24, 25 - $2,750.00 non-exempt equity in guns)<br>• Deaton Family Trust – valued at $750.00 (Scheduled value of $375 x 2) (Debtor represents that the only asset in the trust is a firearm suppressor) (Asset # 34 - $750.00)<br><br>Non-exempt equity in firearms ($2,750.00) and trust ($750.00) plus $27,126.32 for the Debtor's non-exempt equity in the Subject Assets ($20,417.32) and Tax Refund ($6,709.00) See Asset # 40, total $30,626.32. In exchange for the foregoing payment the Trustee shall release his interest in the Subject Assets and Tax Refund. | 0.00 | 30,626.32 | | 30,626.32 | FA | 0.00 | 0.00 |
| 40. 2022 Income Tax Refund (u)<br><br>See Asset # 39 (total 2022 Income Tax Refund = $8,209 - $6,709, represents Debtor's withholdings that were refunded plus 1/2 of Child Tax Credit. | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 23-02527 | PWM | Judge: | Pamela W. McAfee | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|---|---|---|
| Case Name: | STEVEN DALE DEATON | | | | Date Filed (f) or Converted (c): | 08/31/2023 (f) |
| | | | | | 341(a) Meeting Date: | 10/04/2023 |
| For Period Ending: | 05/29/2025 | | | | Claims Bar Date: | 01/11/2024 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 41. Estate's Interest in Debtor's 2023 Income Tax Refunds (amount allocated as attributable to pre-petition period). (u) | 0.00 | 10,123.09 | | 10,123.09 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA | 0.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,507,002.46    $81,974.41         $81,974.41    $0.00    $455,977.26    $1,017,110.20

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/31/2024: The Trustee is investigating potential issues and transfers in the case. Estimated closing date is December 31, 2025.

Initial Projected Date of Final Report (TFR): 12/31/2024    Current Projected Date of Final Report (TFR): 12/31/2025

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-02527
Case Name: STEVEN DALE DEATON

Trustee Name: Algernon L. Butler, III
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0391
Checking

Taxpayer ID No: XX-XXX8135
For Period Ending: 05/29/2025

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/24 | 36 | Steven Dale Deaton 12201 BEESTONE LANE RALEIGH, NC 27614 | Pre-Petition Employment Commission of Mr. Deaton. | 1290-000 | $725.00 | | $725.00 |
| 02/05/24 | 37 | Country Boys Auction & Realty 1211 W. Fifth Street P.O. Box 1903 Washington, NC 27889 | Partial payment of gross proceeds from Auction of February 2, 2024. | 1129-000 | $17,000.00 | | $17,725.00 |
| 02/06/24 | 2001 | Bank of America Attn: Retail Loan Check Processing 900 Samoset Drive Newark, DE 19713 DE5-023-03-02: Dealership | Payment in full of loan on 2017 Mercedes GLC-Class, VIN WDCOJ4KB6HF226355 | 4210-000 | | $16,633.82 | $1,091.18 |
| 02/13/24 | 37 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins PO Box 1903 Washington, NC 27889 | Balance of gross proceeds from Auction of February 2, 2024. | 1129-000 | $23,500.00 | | $24,591.18 |
| 03/01/24 | 39 | Steven Deaton | Debtors payment of non-exempt equity per Order of | 1290-000 | $8,333.82 | | $32,925.00 |
| 03/01/24 | 39 | Steven D Deaton | Debtors payment of non-exempt equity per Order of | 1290-000 | $20,442.50 | | $53,367.50 |
| 03/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.45 | $53,348.05 |
| 03/07/24 | 2002 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins PO Box 1903 1211 West 5th St. Washington, NC 27889 | Auctioneer fees, auction of February 2, 2024, allowed per Order of March 5, 2024, DE 89. | 3610-000 | | $6,050.00 | $47,298.05 |
| 03/07/24 | 2003 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins PO Box 1903 1211 West 5th St. Washington, NC 27889 | Reimbursement of Auctioneer expenses, auction of February 2, 2024, allowed per Order of March 5, 2024, DE 89. | 3992-000 | | $1,468.37 | $45,829.68 |
| 03/14/24 | 39 | Steven D. Deaton Ashley Michelle Deaton 12201 Beestone Ln. Raleigh, NC 27614-8025 | Debtors payment of non-exempt equity per Order of | 1290-000 | $1,850.00 | | $47,679.68 |

Page Subtotals:    $71,851.32    $24,171.64

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 23-02527
Case Name: STEVEN DALE DEATON

Trustee Name: Algernon L. Butler, III
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0391
Checking

Taxpayer ID No: XX-XXX8135
For Period Ending: 05/29/2025

Blanket Bond (per case limit): $1,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/24 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $56.61 | $47,623.07 |
| 04/16/24 | 2004 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond # 612419144 - Increase from $100,000 to $350,000 - Term: 10/01/2023 to 10/01/2024 | 2300-000 | | $21.63 | $47,601.44 |
| 05/24/24 | 2005 | Steven Dale Deaton 12201 Beestone Lane Raleigh, NC 27614 | Exempt proceeds from sale of Mercedes. Auction Gross Proceeds: $20,000.00 BOA Lien: $16,633.82 Claim of Exemption Paid to Debtor: $3,366.18 | 8100-002 | | $3,366.18 | $44,235.26 |
| 05/24/24 | 2006 | Steven Dale Deaton 12201 Beestone Lane Raleigh, NC 27614 | Exempt proceeds from sale of Rolex. | 8100-002 | | $750.00 | $43,485.26 |
| 06/19/24 | 2005 | Steven Dale Deaton 12201 Beestone Lane Raleigh, NC 27614 | Exempt proceeds from sale of Mercedes. Reversal Auction Gross Proceeds: $20,000.00 BOA Lien: $16,633.82 Claim of Exemption Paid to Debtor: $3,366.18 | 8100-002 | | ($3,366.18) | $46,851.44 |
| 06/19/24 | 2006 | Steven Dale Deaton 12201 Beestone Lane Raleigh, NC 27614 | Exempt proceeds from sale of Rolex. Reversal | 8100-002 | | ($750.00) | $47,601.44 |
| 06/19/24 | | Transfer to Acct # xxxxxx0433 | Transfer of funds to new bank account. | 9999-000 | | $47,601.44 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $71,851.32 | $71,851.32 |
| Less: Bank Transfers/CD's | $0.00 | $47,601.44 |
| Subtotal | $71,851.32 | $24,249.88 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 12)*

| Page Subtotals: | $0.00 | $47,679.68 |
|---|---|---|

| Less: Payments to Debtors | $0.00 | $0.00 |
|---|---|---|
| Net | $71,851.32 | $24,249.88 |

Exhibit B

Page Subtotals:      $0.00      $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 23-02527

Case Name: STEVEN DALE DEATON

Trustee Name: Algernon L. Butler, III

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0433

Checking

Exhibit B

Taxpayer ID No: XX-XXX8135

For Period Ending: 05/29/2025

Blanket Bond (per case limit): $1,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/24 | | Transfer from Acct # xxxxxx0391 | Transfer of funds to new bank account. | 9999-000 | $47,601.44 | | $47,601.44 |
| 07/23/24 | 2001 | Steven Dale Deaton 12201 Beestone Lane Raleigh, NC 27614 | Exempt proceeds from sale of Rolex. | 8100-002 | | $5,750.00 | $41,851.44 |
| 07/23/24 | 2002 | Steven Dale Deaton 12201 Beestone Lane Raleigh, NC 27614 | Exempt proceeds from sale of Mercedes. Auction Gross Proceeds: $20,000.00 BOA Lien: $16,633.82 Claim of Exemption Paid to Debtor: $3,366.18 | 8100-002 | | $3,366.18 | $38,485.26 |
| 12/19/24 | 2003 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Blanket Bond # 612419144 - Term: 10/01/2024 to 10/01/2025 | 2300-000 | | $39.30 | $38,445.96 |
| 12/30/24 | 2004 | Bank of America DE5-024-02-08 PO Box 15047 Wilmington, DE 19850 | Invoice 871143 - Bank fees related to 2004 production subpoena. | 2690-000 | | $38.44 | $38,407.52 |
| 01/21/25 | 41 | Steven D. Deaton Ashley Michelle Deaton 12201 Beestone Lane Raleigh, NC 27614-8025 | Payment of estate's interest in Debtor's 2023 Income Tax Refunds (amount allocated as attributable to pre-petition period). | 1224-000 | $10,123.09 | | $48,530.61 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $57,724.53 | $9,193.92 |
| Less: Bank Transfers/CD's | $47,601.44 | $0.00 |
| Subtotal | $10,123.09 | $9,193.92 |
| Less: Payments to Debtors | $0.00 | $9,116.18 |
| Net | $10,123.09 | $77.74 |

USBA Form 101-7-TFR (5/1/2011) *(Page: 14)*

Page Subtotals: $57,724.53 $9,193.92

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0391 - Checking | $71,851.32 | $24,249.88 | $0.00 |
| XXXXXX0433 - Checking | $10,123.09 | $77.74 | $48,530.61 |
|  | $81,974.41 | $24,327.62 | $48,530.61 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $81,974.41 |
| Total Gross Receipts: | $81,974.41 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Date: May 29, 2025

Claim Class Sequence

Case Number:　　　　23-02527-5-PWM
Debtor Name:　　　　DEATON, STEVEN DALE

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 100 2100-00 | Algernon L. Butler, III P.O. Box 38 Wilmington, NC 28402 | Administrative | | 6,892.91 | 0.00 | 6,892.91 |
| 100 2690-00 | Bank of America DE5-024-02-08 PO Box 15047 Wilmington, DE 19850 | Administrative Bank fees related to 2004 production subpoena. | | 38.44 | 38.44 | 0.00 |
| | | 7873000000433 | 12/30/2024 2004 | | | 38.44 |
| 100 3110-00 | Butler & Butler, LLP PO Box 38 Wilmington, NC 28402 | Administrative | | 17,487.50 | 0.00 | 17,487.50 |
| 100 3120-00 | Butler & Butler, LLP PO Box 38 Wilmington, NC 28402 | Administrative | | 938.01 | 0.00 | 938.01 |
| 100 3610-00 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins PO Box 1903 1211 West 5th St. Washington, NC 27889 | Administrative Auctioneer Fees, auction of February 2, 2024, allowed per Order of March 5, 2024, DE 89. | | 6,050.00 | 6,050.00 | 0.00 |
| | | 7873000000391 | 3/7/2024 2002 | | | 6050.00 |
| 100 3992-00 | Country Boys Auction & Realty, Inc. Attn: Mike Gurkins PO Box 1903 1211 West 5th St. Washington, NC 27889 | Administrative Reimbursement of auctioneer expenses, auction of February 2, 2024, per Order of March 5, 2024. | | 1,468.37 | 1,468.37 | 0.00 |
| | | 7873000000391 | 3/7/2024 2003 | | | 1468.37 |
| 100 2300-00 | International Sureties Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Administrative Blanket Bond # 612419144 | | 60.93 | 60.93 | 0.00 |
| | | 7873000000391 | 4/16/2024 2004 | | | 21.63 |
| | | 7873000000433 | 12/19/2024 2003 | | | 39.30 |
| 99 8100-00 | STEVEN DALE DEATON 12201 BEESTONE LANE RALEIGH, NC 27614 | Administrative Exempt proceeds from sale of Mercedes. ($3,366.18) Exempt proceeds from sale of Rolex. ($5,750.00) | | 9,116.18 | 9,116.18 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Date:   May 29, 2025

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | 7873000000391 | 5/24/2024 2005 | | | 3366.18 |
| | | 7873000000391 | 5/24/2024 2006 | | | 750.00 |
| | | 7873000000391 | 6/19/2024 2005 | | | 3366.18 |
| | | 7873000000391 | 6/19/2024 2006 | | | 750.00 |
| | | 7873000000433 | 7/23/2024 2001 | | | 5750.00 |
| | | 7873000000433 | 7/23/2024 2002 | | | 3366.18 |
| 000004 400 4210-00 | Bank of America, N.A. Attn: Managing Officer/Agent PO Box 31785 Tampa, FL 33631-3785 | Secured | | 16,633.82 | 16,633.82 | 0.00 |
| | Claim was paid through sale of Mercedes. | | | | | |
| | | 7873000000391 | 2/6/2024 2001 | | | 16633.82 |
| 000005 400 4210-00 | Bank of America, N.A. Attn: Managing Officer/Agent PO Box 31785 Tampa, FL 33631-3785 | Secured | | 42,854.54 | 0.00 | 42,854.54 |
| | Per Order of February 22, 2024, DE 82, The claimant filed a secured claim.  The claimant did not obtain a determination of secured status pursuant to 11 U.S.C. § 506, any collateral securing this claim has not been administered by the trustee, and the creditor retains any right it may have to any collateral securing this claim.  This claim should be allowed as a fully secured claim and will receive no distribution. Any unsecured claim should be disallowed. | | | | | |
| 000001 400 4110-00 | Pinnacle Bank Attn: Managing Officer/Agent 150 3rd Avenue S. Ste 900 Nashville, TN 37201 | Secured | | 31,738.01 | 0.00 | 31,738.01 |
| | Per Order of February 22, 2024, DE 80, The claimant filed a secured claim.  The claimant did not obtain a determination of secured status pursuant to 11 U.S.C. § 506, any collateral securing this claim has not been administered by the trustee, and the creditor retains any right it may have to any collateral securing this claim.  This claim should be allowed as a fully secured claim and will receive no distribution. Any unsecured claim should be disallowed. | | | | | |
| 000006 300 7100-00 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA  19355-0701 | Unsecured | | 40,481.94 | 0.00 | 40,481.94 |
| 000012 300 7100-00 | Bank of America, N.A. Attn: Managing Officer/Agent PO Box 673033 Dallas, TX 75267-3033 | Unsecured | | 22,096.56 | 0.00 | 22,096.56 |
| 000013 300 7100-00 | Bank of America, N.A. Attn: Managing Officer/Agent PO Box 673033 Dallas, TX 75267-3033 | Unsecured | | 0.00 | 0.00 | 0.00 |
| | Per Order of 02/22/2024, DE 83, Disallow total amount of claim.  The documentation (if any) provided with the proof of claim is insufficient to support the allowance of the claim against the estate of the debtor(s). | | | | | |
| 000009 300 7100-00 | Bluevine Inc. c/o Weinstein & Riley, P.S. 1415 Western Ave, Suite 700 Seattle, WA 98101 | Unsecured | | 51,302.26 | 0.00 | 51,302.26 |
| | Trustee filed objection to claim on January 16, 2024, DE 54. Bluevine filed an amended claim with sufficient documentation on January 30, 2024. Trustee withdrew his objection to claim on February 22, 2024, DE 83. | | | | | |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

Date: May 29, 2025

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000002 300 7100-00 | Department of the Treasury - IRS<br>Attn: Managing Officer/Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>Claim amended on 11/16/2023 to $0.00. | | 0.00 | 0.00 | 0.00 |
| 000010 300 7100-00 | Drs. Brahms Cohn and Leb Inc.<br>Attn: Managing Officer/Agent<br>23250 Mercantile Road<br>Ste. 100<br>Beachwood, OH 44122-5928 | Unsecured<br>Per Order of 02/22/2024, DE 84, Disallow total amount of claim. The documentation (if any) provided with the proof of claim is insufficient to support the allowance of the claim against the estate of the debtor(s). | | 0.00 | 0.00 | 0.00 |
| 000011 300 7100-00 | Lung Disease Center of Central Pennsylvania<br>Attn: George Zlupko<br>800 Chestnut Avenue<br>Altoona, PA 16601 | Unsecured<br>Per Order of 02/22/2024, DE 85, Disallow total amount of claim. The documentation (if any) provided with the proof of claim is insufficient to support the allowance of the claim against the estate of the debtor(s). | | 0.00 | 0.00 | 0.00 |
| 000008 300 7100-00 | MXR Imaging, Inc.<br>c/o Benjamin S. Morrell, Taft Law<br>111 East Wacker Drive, Suite 2600<br>Chicago, IL 60601 | Unsecured<br>Trustee filed an objection to claim on January 16, 2024, DE 54.<br><br>MXR filed an amended claim on February 1, 2024 amended the claim amount from Unknown to $572,077.98.<br><br>Trustee withdrew his objection to claim without prejudice on February 15, 2024, DE 77.<br><br>MXR filed a 2nd amendment to their claim on February 21, 2025, amending the claim amount from $572,077.98 to $100,000.00.<br><br>MXR withdrew claim # 8 on May 28, 2025, DE 142. | | 0.00 | 0.00 | 0.00 |
| 000014 300 7100-00 | Phillip Lafortune<br>1491 Ravena Street<br>Bethlehem, PA 18015 | Unsecured<br>Per Order of 02/28/2024, DE 88 - Disallow the total amount of claim. The claim was late filed after the claims bar date and has no supporting documentation to support the claim. | | 0.00 | 0.00 | 0.00 |
| 000003 300 7100-00 | Rachael L Radosta<br>1638 Upper Park Road<br>Wake Forest, NC 27587 | Unsecured<br>Per Order of February 22, 2024, DE 81, Disallow total amount of claim. The documentation (if any) provided with the proof of claim is insufficient to support the allowance of the claim against the estate of the debtor(s). | | 0.00 | 0.00 | 0.00 |
| 000007 300 7100-00 | Wake County Tax Administration<br>Attn: Managing Officer/Agent<br>PO Box 2331<br>Raleigh, NC 27602 | Unsecured | | 26.29 | 0.00 | 26.29 |
| | | Case Totals: | | 247,185.76 | 33,367.74 | 213,818.02 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 23-02527-5-PWM
Case Name: STEVEN DALE DEATON
Trustee Name: Algernon L. Butler, III

Balance on hand $ 48,530.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Pinnacle Bank | $ 31,738.01 | $ 31,738.01 | $ 0.00 | $ 0.00 |
| 4 | Bank of America, N.A. | $ 18,121.59 | $ 16,633.82 | $ 16,633.82 | $ 0.00 |
| 5 | Bank of America, N.A. | $ 42,854.54 | $ 42,854.54 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 48,530.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Algernon L. Butler, III | $ 6,892.91 | $ 0.00 | $ 6,892.91 |
| Attorney for Trustee Fees: Butler & Butler, LLP | $ 17,487.50 | $ 0.00 | $ 17,487.50 |
| Attorney for Trustee Expenses: Butler & Butler, LLP | $ 938.01 | $ 0.00 | $ 938.01 |
| Auctioneer Fees: Country Boys Auction & Realty, Inc. | $ 6,050.00 | $ 6,050.00 | $ 0.00 |
| Other: Bank of America | $ 38.44 | $ 38.44 | $ 0.00 |
| Other: Country Boys Auction & Realty, Inc. | $ 1,468.37 | $ 1,468.37 | $ 0.00 |
| Other: International Sureties Ltd. | $ 60.93 | $ 60.93 | $ 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 25,318.42 | |
| Remaining Balance | $ | 23,212.19 | |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $113,907.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of the Treasury - IRS | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | Rachael L Radosta | $ 0.00 | $ 0.00 | $ 0.00 |
| 6 | American Express National Bank | $ 40,481.94 | $ 0.00 | $ 8,249.48 |
| 7 | Wake County Tax Administration | $ 26.29 | $ 0.00 | $ 5.36 |
| 8 | MXR Imaging, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Bluevine Inc. | $ 51,302.26 | $ 0.00 | $ 10,454.47 |
| 10 | Drs. Brahms Cohn and Leb Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 11 | Lung Disease Center of Central Pennsylvania | $ 0.00 | $ 0.00 | $ 0.00 |
| 12 | Bank of America, N.A. | $ 22,096.56 | $ 0.00 | $ 4,502.88 |
| 13 | Bank of America, N.A. | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | Phillip Lafortune | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors $ 23,212.19

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

**United States Bankruptcy Court**
**Eastern District of North Carolina**
**RALEIGH DIVISION**

In Re:                                                   Case No. 23-02527-5-PWM

**STEVEN DALE DEATON**                                              Chapter 7

      **Debtor(s)**

**Bankruptcy Administrator's Statement of Position**
**Regarding Trustee's Amended Final Report and Proposed Distribution**

    1.    Section 317(b) of Title III of the Judicial Improvements Act of 1990 gives the Bankruptcy Administrator standing to appear in cases filed under Title II of the United States Code.  This <u>Bankruptcy Administrator's Statement of Position Regarding Trustee's Amended Final Report and Proposed Distribution</u> is filed pursuant to that authority.

    2.    I, Lesley A. Dean, Bankruptcy Analyst for the Bankruptcy Administrator's Office for the Eastern District of North Carolina, hereby certify that I have reviewed the Trustee's Amended Final Report and Proposed Distribution submitted by Algernon L. Butler, III, the trustee in the above captioned chapter 7 case, and have found no basis upon which to raise any objection.

Dated: May 29, 2025

                              <u>/s/Lesley A. Dean</u>
                                Lesley A. Dean
                                Bankruptcy Analyst